UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN GRAPHICS INSTITUTE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ACQUIRED LEARNING, INC., JUDEANN STIPE, DEAN NOVOSAT, CLARK EDWARDS, SAGE ADVICE, LTD., and CARL LEINBACH, <br><br> Defendants. | Civil Action No. <br><br> DISCLOSURE STATEMENT UNDER RULE 7.1(A) <br><br> **05 CA 11857 JLT** |

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3(A), plaintiff American Graphics Institute, Inc. states that it has no parent corporation and there are no publicly held companies that own ten percent (10%) or more of its stock.

AMERICAN GRAPHICS INSTITUTE, INC.

By its attorneys,

Dated: September 14, 2005

_____
John L. DuPré   (BBO No. 549659)
Giovanna H. Fessenden (BBO No. 654681)
Hamilton, Brook, Smith & Reynolds, P.C.
530 Virginia Road
P.O. Box 9133
Concord, Massachusetts 01742-9133
Telephone:  (978) 341-0036
Facsimile:   (978) 341-0136

573439_1.DOC