UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

2005 SEP 14 P 2:07

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| AMERICAN GRAPHICS INSTITUTE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ACQUIRED LEARNING, INC., JUDEANN STIPE, DEAN NOVOSAT, CLARK EDWARDS, SAGE ADVICE, LTD., CARL LEINBACH,<br><br>Defendants. | Civil Action No.<br><br>**05 CA 11857 JLT** |

### AFFIDAVIT OF JASON H. EADDY

I, Jason H. Eaddy, being duly sworn, do hereby depose and state that:

1. I am a Computer Scientist at Elysium Digital, L.L.C. ("Elysium"), a technical litigation consulting company located in Cambridge, MA. I hold a Bachelors' Degree in Computer Science, *cum laude*, from Princeton University. I have received special training in the field of computer forensics.

2. I have worked at Elysium for five years, during which time I have worked extensively in the field of computer science, including electronic evidence retrieval, preservation, analysis and computer forensics.

3. Elysium was engaged to assist Plaintiff in determining the validity and meaning of various pieces of electronic evidence present on Plaintiff's computer systems.

4. During the course of my work on this matter I personally inspected a server ("AGI Server") and the email files from the computer used by Christopher Smith ("Smith's Email").

5. In order to understand the evidence I observed, it is helpful to provide an overview of some of the computer issues involved in this matter. Particularly, it is important to review the concept of an application server and the event logging mechanism in Windows operating systems.

6. In this context, an application server is simply a computer which provides an application for use by people on a network. The configuration of the server determines who can access the application and from where those people can access the application.

7. It is often helpful for the operating system and/or applications running on a computer to store information about activities that occur on the system. Such information is helpful for showing who accessed a given program at a certain time or what was occurring surrounding a problem which arose on the computer.

8. Most Microsoft Windows operating systems provide an event logging mechanism for the operating system and the applications running on the operating system. Event logging is the process of recording an audit trail when certain events occur, such as starting and stopping, or users logging on and off and accessing resources on the computer.

9. When I performed my inspection, the AGI Server was running the Windows 2003 Server operating system. The AGI Server was also running FileMaker Server database software.

10. The FileMaker Server software can be configured to allow access to people over a network or the internet by using a login name and a password. FileMaker Server records various events in the Windows Application Log via the event logging mechanism discussed above.

11. With regard to the events logged by FileMaker Server, the "Help file" included with the software states that "[t]ypical events that are logged include FileMaker Server startup

2

and shut down, database file opening and closing, guests logging on and off, tasks that execute on schedules, and changes to FileMaker Server properties."

12. In the course of our engagement, I inspected the AGI Server. During my inspection, I checked the server for any signs of it being compromised by a foreign party and found no such signs. Additionally, I examined the application logs on the system. I saw no evidence of tampering with the application logs.

### Someone Using The Name "Sage Advice" Connected To And Accessed Files On The AGI Server On Multiple Occasions

13. In reviewing the application logs, I found 10 events recorded by FileMaker Server which were logged based upon actions of someone using the name of "Sage Advice". There were 6 events which took place on July 12, 2004, and 4 events which took place on July 14, 2004.

14. On July 12, 2004, the 6 log entries indicate that someone using the name "Sage Advice":

   a. opened a connection to the FileMaker Server software at 1:24:07 PM,

   b. opened a file named "custdb.fp5" at 1:24:07 PM,

   c. opened a file named "confirm.fp5" at 1:24:57 PM,

   d. closed the "confirm.fp5" file at 1:27:40 PM,

   e. closed the "custdb.fp5" file at 1:27:41 PM, and

   f. closed the connection at 1:27:41 PM.

15. On July 14, 2004, the 4 log entries indicate that someone using the name "Sage Advice";

   a. opened a connection to the FileMaker Server software at 8:36:38 PM,

   b. opened a file named "custdb.fp5" at 8:36:39 PM,

3

      c. closed the "custdb.fp5" file at 8:40:27 PM, and

      d. closed the connection at 8:40:27.

16. Each computer on the Internet has at least one Internet Protocol address (hereinafter "IP Address"). An IP Address is a 4-byte number used to uniquely identify a computer on the Internet for purposes of communication with other Internet hosts. An IP address is generally shown as a set of 4 numbers between 0 and 255 separated by periods. The logs on the AGI Server indicate that both of the connections by "Sage Advice" came from a computer with the IP Address 68.82.227.55.

### On The Same Days That Connections Were Made To The AGI Server, A Computer With The Same IP Address That Made These Connections Also Sent Emails Signed By "Judeann"

17. In my review of Smith's Email, I observed two email messages contained in the "Accounting" folder of his message store. The first email was sent July 12, 2004 at 11:32AM and had a subject of "commission check". A copy of this message is attached hereto as Appendix 1. The "From" field of the email contained "Eric Stipe [estipe@comcast.net]". The "To" field of the email contained "csmith@agitraining.com" and the "Cc" field contained "jsmith@agitraining.com." The message contents are signed "Judeann."

18. An email message contains various "headers" which are not usually shown when a user is viewing an email. Among other things, the headers include the IP Addresses of the various computers the email passed through en route from the sender to the recipient. The headers for this first email are attached hereto as Appendix 2. These headers indicate that this email originated from the IP Address 68.82.227.55.

19. The second email I observed was sent July 14, 2004 at 10:32AM and had a subject of "Re: Commission payment". A copy of this message is attached hereto as Appendix

4

3. The "From" field of the email was from "Eric Stipe [estipe@comcast.net]". This "To" field contained "Shannon McGurty" and the "Cc" field contained "csmith@agitraining.com," "Jen Smith," and "Eric Stipe." Again the message contents were signed "Judeann."

20.     The headers for this second email are attached hereto as Appendix 4. The headers for this email also indicate that this email originated from the IP Address 68.82.227.55.

21.     According to the American Registry for Internet Numbers, the IP Address 68.82.227.55, is allocated to Comcast Cable Communications, Inc. In order to make an IP Address more readable by people, a party responsible for that IP Address can assign a "reverse lookup" name for the address. Comcast has assigned the IP Address 68.82.227.55 the name "pcp01472475pcs.lncstr01.pa.comcast.net". This indicates that the IP Address would normally be assigned to a computer in the Lancaster, PA area. Most such IP Addresses are used by residential customers in their homes.

22.     The logs from the AGI Server and the headers from the two emails I observed indicate:

> a. A person connected to the FileMaker Server database from a computer with IP Address 68.82.227.55 on July 12, 2004 and July 14, 2004
>
> b. A person signing email as "Judeann" sent messages to Chris Smith at AGI on July 12, 2004 and July 14, 2004 from a computer with IP Address 68.82.227.55.
>
> c. This IP Address is assigned to what is probably a household around Lancaster, PA, which limits the number of people with access to such a computer.

23.     These facts make lead me to conclude that it is probable that the same person or persons connected to the databases and sent the email on those dates.

Signed this 12<sup>th</sup> day of September 2005 under the pains and penalties of perjury.

_____
Jason H. Eaddy

573813

**From:** Eric Stipe [estipe@comcast.net]
**Sent:** Monday, July 12, 2004 11:32 AM
**To:** csmith@agitraining.com
**Cc:** jsmith@agitraining.com
**Subject:** commission check

Hi,

Hope both of you are well and getting a chance to enjoy your vacation.

Chris, I understand you are coming in to Woburn today to meet with the new accounting person.
I already left a message for you regarding not getting my commission check. The only items I submitted on the June report for actual business I closed and AGI invoiced. Terrell made sure the correct information was submitted to you by July 2 so that payroll would not be held up. I also responded to your call immediately and faxed to you the paperwork you could not find on July 6th. Do you still have a question> If so, please call me at home.

Can you please take care of this today so that it can get mailed so that I can receive as soon as possible?

Thanks,
Judeann

```
Return-Path: <estipe@comcast.net>
Received: from inbound-mx10.atl.registeredsite.com ([64.224.219.102])
        by imta04a2.registeredsite.com with ESMTP
        id <20040712154314.NJRY28804.imta04a2.registeredsite.com@inbound-mx10.atl.registeredsite.com>;
        Mon, 12 Jul 2004 11:43:14 -0400
Received: from rwcrmhc12.comcast.net (rwcrmhc12.comcast.net [216.148.227.85])
        by inbound-mx10.atl.registeredsite.com (8.12.11/8.12.8) with ESMTP id i6CFgN5x008837;
        Mon, 12 Jul 2004 15:42:24 GMT
Message-Id: <200407121542.i6CFgN5x008837@inbound-mx10.atl.registeredsite.com>
Received: from [192.168.1.100] (pcp01472475pcs.lncstr01.pa.comcast.net[68.82.227.55])
        by comcast.net (rwcrmhc12) with SMTP
        id <2004071215422301400ljpmge>; Mon, 12 Jul 2004 15:42:23 +0000
X-Mailer: Microsoft Outlook Express Macintosh Edition - 4.5 (0410)
Date: Mon, 12 Jul 2004 11:32:23 -0400
Subject: commission check
From: "Eric Stipe" <estipe@comcast.net>
To: csmith@agitraining.com
CC: jsmith@agitraining.com
Mime-version: 1.0
X-Priority: 3
Content-type: multipart/alternative;
    boundary="MS_Mac_OE_3172476743_70624_MIME_Part"
```

| | |
|---|---|
| **From:** | Eric Stipe [estipe@comcast.net] |
| **Sent:** | Wednesday, July 14, 2004 10:32 AM |
| **To:** | Shannon McGurty |
| **Cc:** | csmith@agitraining.com; 'Jen Smith'; Eric Stipe |
| **Subject:** | Re: Commission payment |
| **Importance:** | High |

Hi,

I reviewed this and there are some errors, I have them noted below. I spoke with Shannon today and she told me that I am not getting a check until next week? I was under the impression that all of this was being taken care of so that I could receive a check this week, as AGI held my check last pay period, therefore, missing the original date of July 9th.

Chris, please have this corrected/ok'd so that we can stay on track per our call earlier this week.
I really would appreciate AGI having Total Payroll doing a manual pay check for this week.

Thanks,
Judeann


,=On 7/14/04 10:02 AM, "Shannon McGurty" <smcgurty@agitraining.com> wrote:

> Judeann,
>
> Here is the commission breakdown you requested.
>
> Paid
> American Heritage Federal Credit Union : 695.00 @ 1% $6.95
> American Institute for CPCU: 2,045.00 @ 1% $20.45 **SHOULD BE 3%**
> Berks Homes: 1,390.00 @ 1% $20.45 **SHOULD BE 3%**
> CNH: 726.50 @ 1% $7.27
> Dechert LLP: 1,390.00 @ $13.90
> Department of Veterans Affairs: 1,390.00 @ 1% $13.90 **SHOULD BE 3%**
> DMN Direct: 2,700.00 @ 1% $27.00 **SHOULD BE 3%**
> Hersam Acorn Newspaper: 1,895.00 @ 3% $56.85
> IMS Health: 1,095.00 @ 1% $10.95
> Merck-PA: 695.00 @ 3% $20.85
> MIT Lincoln Lab: 3,875.00 @ 3% $116.25
> Oberthur Card Systems: 1,195.00 @ 1% $41.64 **SHOULD BE 3%**
> PA Lumbermens Insurance Association: 695.00 @ 1% $6.95
> PennDot: 1,195.00 @ 1% $11.95 **SHOULD BE 3%**
> SS Administration: 718.00 @ 3% $21.54
> The Art Institute of Pittsburg: 1,500.00 @ 1% $15.00
> Villanova University: 1,390.00 @ 1% $13.90
> WGBH TV: 2,500.00 @ 3% $75.00
> William Fox Monroe: 2,656.00 @ 1% $25.65
> Total Check: $526.45
>
> Not Paid
> Adobe - WA: 10,000.00 @ 3% $300.00
> Friedman LLP: 3,000.00 @ 3% $90.00
> George Weston Bakeries Inc: 1,195.00 @ 1% $11.95
> Glen-Gery Corporate Office: 695.00 @ 1% $6.95
> Mead Westvaco: 2,590.00 @ 3% $77.70
> New England Journal of Medicine: 600.00 @ 3% $18.00
> Ogilvy & Mather: 3,842.00 @ 3% $115.26

PA House of Rep: 2,990.00 @ 3% $89.70
Parson Brinckerhoff -NY: 1,295.00 @ 1% $12.95
Penn State Hershey Medical Ctr: 1,390.00 @ 3% $41.70
Raytheon: 695.00 @ 3% $20.85
Stop & Stop: 3,150.00 @ 3% $94.50
Time Inc Fortune Magazine: 1,250.00 @ 3% $37.50
Universal Supply Company: 1,195.00 @ 1% $11.95
Vanguard Group: 1,390.00 @ 3% $41.70
Total Amount Still Due: $970.71

The list is broken down into invoices that we have received payment for and ones we are still wanted for. I will checking you a check we our next pay period for $526.45, with no federal taken out. I will cut you a check on our next pay period for any payments we receive in that time. If you have any questions, please let me know

Regards,

Shannon McGurty
AGI Training
Financial Manager
Phone:  800-851-9237
        781-376-6044
Fax:    781-379-6047

www.agitraining.com


-----Original Message-----
From: Eric Stipe [mailto:estipe@comcast.net]
Sent: Tuesday, July 13, 2004 9:19 AM
To: christopher smith
Cc: 'Shannon McGurty'
Subject: Commission payment

Hi Shannon,

Can you please send me a report detailing what commissions are due to me and the amount I will be getting this week? Also, please do not take any federal taxes out of these checks.

Thanks,
Judeann

9/9/2005

```
Return-Path: <estipe@comcast.net>
Received: from inbound-mx3.atl.registeredsite.com ([64.224.219.91])
      by imta05a2.registeredsite.com with ESMTP
      id <20040714143244.XEBI14963.imta05a2.registeredsite.com@inbound-mx3.atl.registeredsite.com>;
      Wed, 14 Jul 2004 10:32:44 -0400
Received: from sccrmhc12.comcast.net (sccrmhc12.comcast.net [204.127.202.56])
       by inbound-mx3.atl.registeredsite.com (8.12.11/8.12.8) with ESMTP id i6EEViDZ016295;
       Wed, 14 Jul 2004 14:31:45 GMT
Received: from [192.168.1.102] (pcp01472475pcs.lncstr01.pa.comcast.net[68.82.227.55])
       by comcast.net (sccrmhc12) with SMTP
       id <2004071414314401200fs0lke>; Wed, 14 Jul 2004 14:31:44 +0000
User-Agent: Microsoft-Entourage/10.0.0.1309
Date: Wed, 14 Jul 2004 10:31:42 -0400
Subject: Re: Commission payment
From: Eric Stipe <estipe@comcast.net>
To: Shannon McGurty <smcgurty@agitraining.com>
CC: <csmith@agitraining.com>, "'Jen Smith'" <jsmith@agitraining.com>,
      Eric Stipe <estipe@comcast.net>
Message-ID: <BD1ABC0E.7C%estipe@comcast.net>
In-Reply-To: <!~!
UENERkVCMDkAAQACAAAAAAAAAAAAAAAABgAAAAAAAA1EW/Zw/kjkOIPI0erpoH3MKAAAAQAAAwjALfXyib0K/
Nf/qDmjhSQEAAAAA@agitraining.com>
Mime-version: 1.0
X-Priority: 1
Content-type: multipart/alternative; boundary="B_3172645902_77761"
```