✎AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of         MASSACHUSETTS

AMERICAN GRAPHICS INSTITUTE, INC.

**SUMMONS IN A CIVIL ACTION**

V.

ACQUIRED LEARNING, INC., JUDEANN STIPE,
DEAN NOVOSAT, CLARK EDWARDS,
SAGE ADVICE, LTD., AND CARL LEINBACH

CASE NUMBER:

# 05 CA 11857 JLT

TO: (Name and address of Defendant)

DEAN NOVOSAT
1514 QUARRY LANE
LANCASTER, PA

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John L. DuPre, Esq.
Hamilton, Brook, Smith & Reynolds, P.C.
530 Virginia Road
P.O. Box 9133
Concord, MA 01742-9133

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



SARAH A. THORNTON

SEP 14 2005

CLERK                                            DATE

(By) DEPUTY CLERK

AO 440  (Rev.  8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | September 19, 2005 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Giovanna H. Fessenden | Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):  Defendant Dean Novosat's attorney, Jason Morgan, accepted service on Defendant Dean Novosat's behalf.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___9/23/05___                    _____
                    Date                      Signature of Server

530 Virginia Road
Concord, MA 01742-9133
_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.