AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     MASSACHUSETTS

AMERICAN GRAPHICS INSTITUTE, INC.

V.

ACQUIRED LEARNING, INC., JUDEANN STIPE, DEAN NOVOSAT, CLARK EDWARDS, SAGE ADVICE, LTD., AND CARL LEINBACH

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

RECEIVED SEP 2 3 2005 HAMILTON, BROOK SMITH & REYNOLDS, P.C. FAX

**05 CA 11857 JLT**

TO: (Name and address of Defendant)

CARL LEINBACH
857 CLAY AVENUE
LANGHORNE, PA

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John L. DuPre, Esq.
Hamilton, Brook, Smith & Reynolds, P.C.
530 Virginia Road
P.O. Box 9133
Concord, MA 01742-9133

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON



SEP 14 2005

CLERK

(By) DEPUTY CLERK

DATE

≜AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE SepT 22 2005 |
| NAME OF SERVER (PRINT) SHERMAN K Nowlin | TITLE InvesTigAToR |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: CARL Leinbach 857 Clay AVE Langhorne PA

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL  NIA | SERVICES | TOTAL  $0.00 |

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  SepT 22 2005          *Sherman K Nowlin*
                Date                        Signature of Server

19:12 HRS

P.O. Box 1331, North Wales PA 19454
         Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.