UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN GRAPHICS INSTITUTE, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ACQUIRED LEARNING, INC., JUDEANN STIPE, DEAN NOVOSAT, CLARK EDWARDS, SAGE ADVICE, LTD., and CARL LEINBACH,<br><br>　　　　Defendants. | Civil Action No. 05-11857 JLT |

**PLAINTIFF AMERICAN GRAPHICS INSTITUTE, INC.'S
MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to Fed. R. Civ, P. 65, plaintiff American Graphics Institute, Inc., moves for a Preliminary Injunction ordering that:

1. from the date of the order in the above matter until the completion of trial or other final adjudication, defendants shall not solicit, contact, or conduct business with any entity that was a customer of plaintiff and listed in the plaintiff's customer list and customer scheduling database in July through August of 2004;

2. defendants shall remove all copies of plaintiff' proprietary content and confidential customer information from defendants' computer files, hard drives, servers, diskettes, backups, and course materials;

3. defendants shall deliver up for destruction all unauthorized materials, including all discs, drives or other storage or print media, that contain unauthorized

copies of plaintiffs' proprietary content and confidential customer information; and

4. defendants and their respective agents, employee, officers and directors, attorneys, successors, licensees, and assigns, and all those persons acting in concert and combination therewith, shall be enjoined from further unfair competition, trade secret misappropriation, and unauthorized use of plaintiffs' proprietary content and confidential customer information.

This motion is based on arguments and evidence discussed in the memorandum of law in support of the motion for preliminary injunction submitted herewith and the supporting affidavits filed with the Court.

AMERICAN GRAPHICS  INSTITUTE, INC.

By its attorneys,

Dated: September 26, 2005

   /s/ Giovanna H. Fessenden
John L. DuPré   (BBO No. 549659)
Giovanna H. Fessenden (BBO No. 654681)
Hamilton, Brook, Smith & Reynolds, P.C.
530 Virginia Road
P.O. Box 9133
Concord, Massachusetts 01742-9133
Telephone:  (978) 341-0036
Facsimile:  (978) 341-0136

576944_1.DOC

## CERTIFICATE OF SERVICE

 I, Giovanna H. Fessenden, hereby certify that on September 26, 2005, service of the foregoing was made on all counsel of record through facsimile and first class mail.

             /s/ Giovanna H. Fessenden
             Giovanna H. Fessenden


## LOCAL RULE 7.1(A)(2) CERTIFICATION

 Undersigned counsel hereby certifies that the parties have conferred and attempted in good faith to resolve the issues raised in this motion.

             /s/ Giovanna H. Fessenden
             Giovanna H. Fessenden