UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN GRAPHICS INSTITUTE,<br>　　Plaintiffs,<br><br>v.<br><br>ACQUIRED LEARNING, INC.,<br>JUDEANN STIPE, DEAN NOVOSAT,<br>CLARK EDWARDS, SAGE ADVICE, LTD.,<br>and CARL LEINBACH<br>　　Defendants. | C.A. No. 05-11857-JLT |

## ANSWER TO COMPLAINT

3.　Not enough information.

4.　Not enough information.

5.　Admit.

6.　Denied.

7.　Admit.

8.　Denied.

9.　Admit.

10.　Admit

11.　Denied.

12.　Denied.

13.　Denied.

14.　Denied.

15.　Denied.

16. Denied.

17. Not enough information.

18. Denied.

19. Not enough information.

20. Not enough information.

21. Not enough information.

22. Denied.

23. N/A

24. Denied.

25. Denied.

26. Denied.

27. Denied

28. Not enough information.

29. Not enough information.

30. Denied.

31. Denied.

32. N/A

33. Denied.

34. Denied.

35. Denied.

36. Denied.

37. Denied.

38. Not enough information.

39. Denied.

40. Denied.

41. Denied.

42. N/A

43. Not enough information.

44. Not enough information.

45. Denied.

46. Denied.

47. Denied.

48. Denied.

49. Denied.

50. Denied.

51. N/A

52. Denied.

53. Denied.

54. Denied.

55. Denied.

56. Denied.

57. Denied.

58. N/A

59. Not enough information.

60. Not enough information.

61. Denied.

62. Denied.

63. Denied.

64. Denied.

65. Denied.

66. Denied.

67. Denied.

68. N/A

69. Denied.

70. Denied.

71. Denied.

72. Denied.

73. Denied.

74. Denied.

75. N/A

76. Denied.

77. Denied.

78. Denied.

79. Denied.

80. Denied.

81. Denied.

82. Denied.

83. Denied.

84. Denied.

85. N/A

86. Denied..

87. Denied.

88. Denied.

89. Not enough information.

90. Denied.

91. Denied.

92. Denied.

93. Denied.

94. Denied.

95. N/A

96. Not enough information.

97. Denied.

98. Denied.

99. Denied.

100. Denied

101. Denied

102. Denied.

103. Denied.

104. N/A

105. Denied.

106. Denied.

107. Denied.

108. Denied.

109. Denied.

Signed this 17th day of October 2005 under the pains and penalties of perjury.

_____
Clark Edwards


Signed this 17th day of October 2005 under the pains and penalties of perjury.


_____
Dean Novosat


Signed this 17th day of October 2005 under the pains and penalties of perjury.

_____
Judeann Stipe
October 17, 2005

## CERTIFICATE OF SERVICE

I, Clark Edwards, hereby certify that on October 17, 2005, service of the foregoing was made on all counsel of record through facsimile and USPS Priority mail.

*Clark Edwards*
Clark Edwards