UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AMERICAN GRAPHICS INSTITUTE,
    Plaintiffs,

v.

ACQUIRED LEARNING, INC., JUDEANN STIPE, DEAN NOVOSAT, CLARK EDWARDS, SAGE ADVICE, LTD., and CARL LEINBACH
    Defendants.

C.A. No. 05-11857-JLT

## AFFIDAVIT OF DEAN NOVOSAT AND SAGE ADVICE LTD. IN OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION

I, Dean Novosat, hereby depose and state as follows, based on my personal knowledge and my review of documents:

1. I live and reside at 1514 Quarry Lane, Lancaster, PA 17603.

2. I am CEO and partner of Acquired Learning, Inc ("Acquired Learning"), a registered Pennsylvania C-Corporation.

3. I am the owner and operator of Sage Advice Ltd ("Sage Advice"), a registered Pennsylvania S-Corporation.

4. Sage Advice Ltd is located at 1514 Quarry Lane, Lancaster, PA 17603.

5. I submit this affidavit in support of Defendants' Opposition to Plaintiffs Motion for Preliminary Injunction.

6. I have been involved in the computer consulting industry for about 15 years.

7. Sage Advice Ltd provides computer consulting services in the South central Pennsylvania area.

8. Sage Advice Ltd. sells primarily Macintosh computers to clients in the printing, publishing, legal, medical, and general public.

9. Sage Advice has a stellar reputation in the industry and has never been accused of anything evenly remotely illegal, immoral, or dishonest. Sage Advice provides these computer services to clients in the printing, publishing, legal, medical, and general public.

10. Sage Advice also provides on-site training to many of these clients.

11. Sage Advice had voluntarily, and out of respect for Jennifer and Christopher Smith's business, AGI Training, decided not to compete against them. Sage Advice provides on-site training, not classroom training, to Sage Advice's customers. Sage Advice, in the past, had referred classroom training to AGI Training.

12. In the Spring of 2004, I heard from employees at AGI Training, that Christopher Smith was closing the Lancaster office of AGI Training.

13. In April or May of 2004, I contacted a friend of seven years, Clark Edwards, and explained to him that AGI Training would be closing. We decided that this closing would result in a "hole" in the training field in the South central Pennsylvania area. Mr. Edwards and I decided that we would pursue opening a classroom facility.

14. In June of 2004, Judeann Stipe, a personal friend of almost 15 years, contacted me and asked me if I had an extra computer that she could borrow.

15. Sage Advice owns an Apple PowerBook laptop computer that it rents or provides as a "loaner" unit to its clients. This laptop was available.

16. In June of 2004, this laptop was loaned to Judeann Stipe for her personal use. Judeann Stipe took possession of this laptop in June of 2004.

17. The Apple Powerbook that Judeann Stipe was in possession of has FileMaker software loaded on it. The registered username of this version of Filemaker is "sageadvice". Sage Advice uses Filemaker software for quotations for its clients.

18. American Graphics Institute, directed by Christopher Smith, knows that the IP Address 68.82.227.55 of belongs to Eric Stipe. It does not belong to Dean Novosat, Sage Advice, nor Acquired Learning. The is a complete distortion and misrepresentation of the facts. Dean Novosat, Sage Advice, nor Acquired Learning never accessed American Graphics Institutes's servers or data.

19. The Apple Powerbook that Judeann Stipe had in her possession remained in her sole possession from June 2004 until September 2005. Sage Advice did not have access to this laptop except for the occasional loading of software updates and programs during this 16-month period. These updates and software installs took place at the Acquired Learning offices at 1861 Charter Lane, Lancaster, PA.

20. Sage Advice never accessed AGI Training's servers nor would it have the capability to do so. Sage Advice does not have any of the AGI passwords, IP Addresses, or locations of any AGI servers or AGI software.

21. I never accessed AGI Training's servers nor would I have the capability to do so. I do not have any of the AGI passwords, IP Addresses, or locations of any AGI servers or AGI software.

22. I have no experience or knowledge in "hacking" into computers and stealing data. My job duties, responsibilities and knowledge center around the specifying of computer systems, installation, upgrades, training, and troubleshooting. I have no knowledge whatsoever on how to penetrate a remote network or server. The claim that I would somehow be able to "hack" into someone else's computer, or that Sage Advice would hack into someone else's computer is libelous and slanderous.

23. Sage Advice is a well-respected computer company in South central Pennsylvania and has a reputation of honesty and integrity. Sage Advice would never perform any task or action that would jeopardize this reputation.

24. I am a well-respected computer consultant in South central Pennsylvania and have a reputation of honesty and integrity. I would never perform any task or action that would jeopardize this reputation.

25. Sage Advice has a client list with almost 4000 names that it has built over the past 8 years. These names were provided to Acquired Learning to use for marketing and sales.

26. The office location for the Acquired Learning office in Lancaster was one of six locations we considered. The landlord of the office is High Real Estate. Our real estate broker, Richard Heslin, of CIBI suggested we consider the space at 1861 Charter Lane. He stated that the landlord was eager to lease the space as the previous tenant had vacated the property without notice and that they had broken their lease agreement. This previous company was AGI Training owned by Christopher Smith. The real estate broker felt this space was perfect for our needs as a training facility since the landlord had already spent the money converting it into a training facility. It was not chosen to "confuse" clients, but rather a cost-cutting measure.

27. During the summer months of 2004, Clark Edwards and I met on several occasions and began planning the formation of our company.

28. We decided upon the name of Acquired Learning mainly because it explained what our company does and because the internet domain name of AcquiredLearning.com was available. A business must be easily recognizable by its internet domain name.

29. Christopher Smith, president of American Graphics Institute, attempted to interfere in the business relationship between Sage Advice and Systems Solutions, Inc. Christopher Smith emailed Rich Wein, president of System Solutions, Inc. and stated, "Rich…I thought that you viewed Sage Advice… as being competitive" (see exhibit A). This has caused a loss of business for Dean Novosat and Sage Advice and damaged the credibility

of Sage Advice and Dean Novosat. This was also an attempt to prevent Rich Wein and System Solutions, Inc to have a business relationship with Acquired Learning. This mean-spirited attack was filled vindictiveness and petty jealousy.

30. Acquired Learning uses the name "Acquired Learning" in all of its marketing, website, business cards, business correspondence, and signage. Acquired Learning does not use "ALI" as Christopher Smith alleges. There is no confusion between "Acquired Learning" and "AGI Training".

31. Due to these frivolous and unsubstantiated charges, and the costs and resources associated with defending against them, Sage Advice will not likely survive and will have to close its doors.

32. Based upon these facts, I, Dean Novosat and Sage Advice Ltd ask for all the charges and allegations against us be dropped by the court.

Signed this 17th day of October 2005 under the pains and penalties of perjury.

_____
Dean Novosat,
CEO Acquired Learning, Inc
& Sage Advice Ltd.

**clark**

From: Rich Wein [rwein@ssi-net.com]
Sent: Monday, November 01, 2004 9:21 AM
To: clark@acquiredlearning.com
Subject: FW: business relationship

Clark,

Chris makes a point, so I thought I should ask since we didn't really discuss anything about Sage leading up to our arrangement. Are you guys competitive to SSI?

I would still be interested in having you move our managed services product, Streamline.

Rich

-----Original Message-----
From: Christopher Smith [mailto:csmith@agitraining.com]
Sent: Saturday, October 30, 2004 1:09 AM
To: Rich Wein
Subject: business relationship

Hi Rich,

I hope you are doing well. I understand that we've found some additional business for you recently at Rodale. We've been doing lots of work with larger publishers like Rodale lately as they update hardware to address the needs of OSX.

I'm interested to see that you've entered a business relationship with Dean Novosat's and Clark Edward's training business, Acquired learning. With their primary business being the sales and service of hardware, I thought that you viewed Sage Advice Ltd (http://www.sageadviceltd.com) as being competitive?

Anyhow, our business in PA remains strong, and I'm certain that there are a variety of ways in which we can identify opportunities to add revenues to your business.

-c

10/17/2005