UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| American Graphics Institute,<br><br>Plaintiff,<br>v.<br><br>ACQUIRED LEARNING, INC., JUDEANN STIPE, DEAN NOVOSAT, CLARK EDWARDS, SAGE ADVICE, LTD., and CARL LEINBACH<br>Defendants. | C.A. No. 05-11857-JLT |

### AFFIDAVIT OF JUDEANN STIPE IN OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION

I, Judeann Stipe, hereby depose and state as follows, based on my personal knowledge and my review of documents:

1. I live and reside at 1696 Pioneer Rd. Lancaster PA 17602

2. I was a sales representative for Defendant Acquired Learning, Inc. ("Acquired Learning"). I was hired into that position in September 2004. My position was eliminated Sept 30, 2005. I am currently unemployed. While employed at Acquired Learning, I worked exclusively in the Lancaster, Pennsylvania office. I submit this affidavit in support of Defendants' Opposition to Plaintiffs Motion for Preliminary Injunction.

3. From 1996 through July 2004, I was employed as a sales representative by Plaintiff American Graphics Institute, Inc. ("AGI"), and before that at CyberSolutions, Inc. ("CyberSolutions"), another business venture of Plaintiff Christopher Smith ("Smith"). Inc.

4. On July 2, 2004 I left AGI due to emotional duress and mental anguish stemming from my working relationship with Christopher Smith.

- 2 -

5. On July 2, 2004, my last day of employment with American Graphics Institute, I turned in my laptop, any sales notes or documentations, software, keys, company credit card, wireless hub and any daily use office supplies that were the property of AGI. I have a signed document stating that indeed all of the above items were returned.

6. On September 6, 2004 I took a job with Acquired Learning as a sales associate. I would be responsible for building their training market in the Lancaster, Harrisburg, York and Philadelphia, PA markets. Christopher Smith and his wife, Jennifer, did not take this news well. Christopher emailed me and informed me that if I chose to compete with him, this would be unfortunate. (See Exhibit 1, attached hereto.) Jennifer, an officer of AGI and long-time friend, told me that she was "in shock" and felt like she had "been punched in the gut." She warned me that "this is a small industry" and vowed to "do [her] best to let everyone know my disappointment on this matter." She also warned me, "Good luck getting through Chris with this one…I won't even be his voice of reason anymore." (See Exhibit 2, attached hereto.)

Shortly thereafter, Christopher Smith contacted contract instructors who were listed on the Acquired Learning website and threatened to withdraw business from them if they did not remove their names from the Acquired Learning website. He even told one prospective Acquired Learning contract instructor, *a propos* of nothing, that I had filed a personal bankruptcy petition, commenting "When banks, retailers, and lenders are forced to write-off huge amounts of credit and other loans – as they were forced to do with Judeann – it impacts us all." (See Exhibit 3, attached hereto.)

7. I continued working with Acquired Learning despite the fact that a frivolous lawsuit was launched against me December 2004 stating that I had involvement with copyright infringement regarding our web site. I never had any involvement in the development of our web

site. This attack was merely a way for Christopher and Jennifer Smith to intimidate and scare me from working for Acquired Learning.

8. Despite the fact that Christopher and Jennifer Smith continued to speak negative about Acquired Learning to clients and contract instructors hoping to force us out of business, we prevailed.

9. On September 26, 2005 I received the current lawsuit stating I violated trade secret misappropriation, tortuous interference with business advantage, unfair competition and breach of duty of loyalty.

10. I adamantly deny all of the current alleged charges against me. I never stole their customer database or their clients, conspired against AGI to cause them to lose business or practice unfair competition, nor did I willfully engage in the acts complained with oppression, fraud and malice. I have proof supporting all of the alleged charges to be false.

11. I did access the customer database as stated July 12th & 14th from my home using a laptop I borrowed from Sage Advice, for approximately 4 minutes each day. The reason for this was to verify my accounts that commissions were due me. I emailed Christopher Smith on these dates as well to question why I did not receive payment as promised. I did not hack in; the password was never changed or taken away from me. I absolutely did not download any customer information. I was unemployed at this time and not employed by Acquired Learning as stated.

12. Christopher and Jennifer Smith know that I cannot afford to hire legal counsel to defend this case. He so much as stated to his attorneys that his main goal is to have me lose my job and house.

13. Due to these new allegations, Acquired Learning has decided to close their doors. They can no longer afford to defend these frivolous and trumped up charges and try to grow a business. I am now without a job and unable to provide for my family.

14. Mr. Smith has a repetitive habit of suing past employees of AGI. If he so feels inclined he simply files a frivolous lawsuit and misuses our judicial system for his own personal gains. By forcing his hand like this, he is trying to monopolize the software training market.

15. I ask the court to show mercy on me and dismiss all charges.

Signed this 17th day of October 2005 under the pains and penalties of perjury.

*Judeann Stipe*
Judeann Stipe

Exibit 1

Case 1:05-cv-11857-JLT   Document 25   Filed 10/19/2005   Page 5 of 14

Exibit 1

**Subject:** call me
**Date:** Saturday, October 30, 2004 12:57 AM
**From:** Christopher Smith <csmith@agitraining.com>
**To:** jstipe@acquiredlearning.com

Hi Jude,

I hope you and Caitlin are doing well. I'm excited to see that you have taken on a new business venture.

I'd like to talk with you about a few things. I'm certain that there are ways in which Jen and I can help your business. If you don't call, I'm going to assume that you'd prefer to take a competitive position – which would be unfortunate. The best way to reach me remains via my cell number, which is unchanged.

Best regards,

- c

Christopher Smith

AGI

Exibit 2

**Subject:** Re: Hello
**Date:** Monday, November 1, 2004 3:33 PM
**From:** Jennifer Smith <jsmith@agitraining.com>
**To:** Judeann Stipe jstipe@acquiredlearning.com

Then I guess you will understand that what we will do is right for our family. I never thought of you as a selfish, self-centered person. I am in shock and will not look at anybody I trust the same way again. Chris was very good to you and I feel like a fool for not disputing your unemployment. You lied. I hope that God didn't help you with that.

Personally, I will leave you alone with this one, but we NEVER screwed any one over like you just did. Just remember that this is a small industry. I will do my best to let everyone know my disappointment on this matter.

One last thing...we have lots of leads coming in on a regular basis for that area. If you were smart, you would have come to me to work with us..instead of against us.

Jennifer Smith
AGI Training
444 Washington Street
Woburn, MA 01801
800 851-9237

----- Original Message -----
**From:** Judeann Stipe <mailto:jstipe@acquiredlearning.com>
**To:** Jennifer Smith <mailto:jsmith@agitraining.com>
**Sent:** Monday, November 01, 2004 2:57 PM
**Subject:** Re: Hello

Hi Jen,

Sorry that you took my decision to do this personally. I have to do what is right for me and my family. I am also sorry that through this I have lost a good friend. I tried for so long to hold everything together. I knew you before AGI and personally do not like what Chris has done to you. Chris has a way of turning a good thing sour not only in business but personally. I am sure I am not the only person that feels this way. I loved working for YOU, but, then you gave it all to Chris!

As for being the voice of reason, Chris has taken this away from you. I am not afraid of Chris anymore, he no longer controls my destiny. If he wants to make an issue out of this or anything, more power to him. Life is too short to hold grudges.

After Caitlin became sick in Feb I REALLY learned what was important. I started to see things for what they are and not what I wanted them to be.

I know God has helped me make the right decision.

I sincerely wish you and your children the best!
Judeann


> **From:** "Jennifer Smith" <jsmith@agitraining.com>
> **Date:** Sat, 30 Oct 2004 01:59:24 -0400
> **To:** <jstipe@acquiredlearning.com>
> **Subject:** Hello
>
> Geez Jude,
> I feel like I have been punched in the gut. After all that I believed... I feel like you have betrayed my confidence in you. Good luck getting through Chris with this one...I won't even be his voice of reason anymore...I feel like an idiot :(
> Jennifer Smith
> AGI Training
> 444 Washington Street
> Woburn, MA 01801
> 800 851-9237

Exibit 3

**Subject:** FW: borrow the a classroom in the BB facility for 2 days?
**Date:** Monday, May 9, 2005 12:48 PM
**From:** Carl Leinbach <cleinbach@comcast.net>
**To:** 'Judeann Stipe' jstipe@acquiredlearning.com
**Cc:** cedwards@acquiredlearning.com

This is soooo unprofessional.

-------------------------------------------------

CARL LEINBACH
Premiere Imaging
*PremiereImaging@comcast.net*
*http://www.PremiereImaging.com* <http://www.premiereimaging.com/>
-----Original Message-----
**From:** Christopher Smith [mailto:csmith@agitraining.com]
**Sent:** Saturday, May 07, 2005 3:42 PM
**To:** 'Carl Leinbach'
**Subject:** RE: borrow the a classroom in the BB facility for 2 days?

Hi Carl,


Thanks, again, for the note.


I guess I had more faith in you, and did not feel the need to parse your words so carefully.


When banks, retailers and lenders are forced to write-off huge amounts of credit and other loans – as they were forced to do with Judeann – it impacts us all. It forces retailers to charge higher prices, banks and lenders to charge higher interest rates – this is what makes it everyone's business – including yours and mine – and it is why these records are publicly available. That said, her chapter 7 bankruptcy filing is certainly unfortunate.


Enjoy your weekend.

-c


Christopher Smith

AGI

http://www.agitraining.com


-----Original Message-----
From: Carl Leinbach [mailto:cleinbach@comcast.net]
Sent: Friday, May 06, 2005 8:52 PM
To: 'Christopher Smith'
Cc: 'jennifer smith'
Subject: RE: borrow the a classroom in the BB facility for 2 days?


Oh, let's be Clintonesque -- it's the weekend, and you wanted me to enjoy my weekend, right?


The phrase "at this point" indicates just that. AT THIS POINT. It could not be more specific. As of the date of the email, January 18, as I stated, I was not doing training for that company and had no future training scheduled with that company. So my January email meant just what you thought it meant, that I was not delivering training on behalf of another training firm AT THAT POINT. I have never been dishonest or manipulative in my dealings with you or Jennifer, as an employee of AGI or otherwise, so I take offense that you would assume I am being dishonest and manipulative now. You offered the training facility to me (I did not ask for it, but appreciated the offer and took you up on it when you made it), and although I had subsequent offers to use other training facilities, I didn't want to back out of what I thought was a generous offer on your part.


As for providing training for any other companies at any time in the future, I am not an employee of any training company -- I train on a freelance basis; therefore, I am not

tied to any one company. There exists no signed contract between you and me, or between any other company and me, stating that I cannot train for other companies in the future.

Finally, Judeann's financial situation is not my business, nor is it yours. It is disappointing that you made that comment in your message; it is unprofessional and in poor taste.

That said, I think we're done.

------------------------------------------------
CARL LEINBACH
Premiere Imaging
PremiereImaging@comcast.net
http://www.PremiereImaging.com <http://www.premiereimaging.com/>

>        -----Original    Message-----
>        From: Christopher Smith [mailto:csmith@agitraining.com]
>        Sent: Friday, May 06, 2005 5:59 PM
>        To: 'Carl Leinbach'
>        Subject: RE: borrow the a classroom in the BB facility for 2 days?
>
>        Hi Carl,
>
>        Thanks for the note.
>
>        In October (by phone), and in January (by email) you indicated that you were not delivering
>        training for another training provider. In fact, in your January email you stated "... I do not do
>        any training for this company at this point..."
>
>        I hope you can understand how your statement led me to believe that you were not doing training
>        for another training firm, as it certainly does appear to indicate as much. Unless we are going to
>        have a Clintonesque dialog about the definition of your choice of words, I hope you can understand
>        how I found your January email to mean that you were not delivering training on behalf of

another training firm.

I think we are looking at two pieces of the same puzzle. I really do appreciate that you were not allowing yourself to be listed on any other training firm's web site, however this was but one piece of our dialog when we discussed your use AGI's facility at no cost. You are now, and were then, fully aware that if you were upfront about your relationship with another training firm that you would not have received no-cost use of AGI's facilities. I can not help but perceive that you were being manipulative so that you could obtain the use of our facilities.

As you know, we've made offers to hire you as much as your schedule permits. In fact, in October, I asked for a list of all available days from you and offered to fill out your schedule. While you did not provide such a list to me – nor were you able to provide a list to Jennifer in a follow-up conversation, you did find time in mid-November to deliver other training on behalf of another firm. We do hire contract instructors on exclusive retainer, and are open to discussing this with you. If you are interested, just let me know.

In the interim, your work at ETS and elsewhere is unfortunately in the thick of a legal dispute, and as you already know you'll be hearing from lawyers – probably from both sides – regarding this. As you do contract work for AGI, we are happy to provide legal counsel to represent you; just let me know if you are interested.

On another note, did you know that Judeann filed for bankruptcy a few months ago? It's a terribly unfortunate circumstance that she appears to have gotten herself into. The bank even started to foreclose on her house; which is quite sad. I know we both wish her well.

Enjoy your weekend.

- c

Christopher Smith