UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AMERICAN GRAPHICS  INSTITUTE, INC.,

Plaintiff,

v.

ACQUIRED LEARNING, INC., JUDEANN
STIPE, DEAN NOVOSAT, CLARK
EDWARDS, SAGE ADVICE, LTD. and
CARL LEINBACH,

Defendants.

Civil Action No. 05-11857 JLT

**PLAINTIFF AGI'S MOTION FOR LEAVE TO SUBMIT
SUPPLEMENTAL MEMORANDUM IN SUPPORT OF ITS MOTION FOR
PRELIMINARY INJUNCTION**

Plaintiff, American Graphics Institute, Inc. ("AGI"), moves for leave to file a
Supplemental Memorandum in Support of its Motion for Preliminary Injunction.  A copy
of the supplemental memorandum and accompanying affidavit are attached as Exhibits A
and B, respectively.  A supplemental memorandum is necessary to address certain
misstatements and new issues raised in defendants' affidavits filed in opposition to AGI's
motion for preliminary injunction.  AGI respectfully requests that leave be granted to file
this supplemental memorandum.

AGI believes that defendant Clark Edwards may have filed for personal
bankruptcy.  If he has done so, AGI is not seeking any relief against him that would be
inconsistent with an automatic stay under the bankruptcy laws.

1

AMERICAN GRAPHICS INSTITUTE, INC.

By its attorneys,

Dated:  November 2, 2005

/s/ Giovanna H. Fessenden
John L. DuPré (BBO No. 549659)
David J. Brody (BBO No. 058200)
Giovanna H. Fessenden (BBO No. 654681)
Hamilton, Brook, Smith & Reynolds, P.C.
530 Virginia Road
P.O. Box 9133
Concord, Massachusetts 01742-9133
Telephone:  (978) 341-0036
Facsimile:  (978) 341-0136

584663

## CERTIFICATE OF SERVICE

I, Giovanna Fessenden, hereby certify that on November 2, 2005, service of the foregoing was made on all defendants by mail.

/s/ Giovanna H. Fessenden
Giovanna H. Fessenden

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I, Giovanna Fessenden, hereby certify that on November 2, 2005, I conferred in good faith with Judeann Stipe, Dean Novosat, and Don Solomon, counsel for Carl Leinbach, for the purpose of determining whether they would consent to the filing of a supplemental memorandum.  Ms. Stipe and Mr. Solomon indicated that they would consent.  Mr. Novosat indicated that he would not consent.  I have attempted to confer in good faith with Clark Edwards on November 1, 2005 and November 2, 2005, for the purpose of determining whether he would consent to the filing of a supplemental memorandum.  Mr. Edwards did not return my calls.

/s/ Giovanna H. Fessenden
Giovanna H. Fessenden

2

EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AMERICAN GRAPHICS  INSTITUTE,
INC.,

              Plaintiff,

      v.

ACQUIRED LEARNING, INC., JUDEANN
STIPE, DEAN NOVOSAT, CLARK
EDWARDS, SAGE ADVICE, LTD. and
CARL LEINBACH,

            Defendants.

Civil Action No. 05-11857 JLT

## PLAINTIFF AGI'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF ITS MOTION FOR PRELIMINARY INJUNCTION

While some of the individual defendants have submitted personal affidavits

purportedly in support of Defendants' Opposition to Plaintiff AGI's Motion for Preliminary

Injunction, no such opposition has been filed.  These defendants rely instead on their

personal affidavits to spin a tale replete with telling admissions, suspicious inconsistencies

and convenient explanations, in a last ditch effort to avoid responsibility for the egregious

injustices that they have caused to the Plaintiff, AGI.  These affidavits, if anything, *bolster*

the Plaintiffs' showing that a preliminary injunction in favor of the Plaintiff is necessary in

this case.  Most compelling, are the words of Defendant Judeann Stipe:

> "*I did access the [AGI] customer database as stated July 12th & 14th from my home
> computer using a laptop I borrowed from Sage Advice, for approximately 4 minutes
> each day.*"  (Emphasis added.) (Stipe Aff. ¶11).

1

This admission, in essence, sums up AGI's grievance with respect to its request for a preliminary injunction on the grounds of the Defendants' violation of the Computer Fraud and Abuse Act (CCFA). It also provides a backdrop to shed the true light on the Defendants' self-serving affidavits, which contain obvious inconsistencies and dubious excuses. While the Defendants' affidavits are largely non-responsive to the claims set forth in the Complaint and the allegations made in Plaintiffs' Motion for Preliminary Injunction, they do demonstrate, overwhelmingly, that an injunction is in order.

**A.      A Preliminary Injunction Is Necessary Based On The Ongoing Harm Caused By Defendants' Violation Of The CFAA, Trade Secret Misappropriation and Tortious Interference with Business Advantage**

Pursuant to the Computer Fraud and Abuse Act, injunctive relief is a potential remedy where the Defendants intentionally access a protected computer without authorization, and as a result of such conduct, cause loss to one or more persons during any one-year period (and, for purposes of an investigation, prosecution, or other proceeding brought by the United States only, loss resulting from a related course of conduct affecting one or more other protected computers) aggregating at least $5,000 in value. See 18 U.S.C. §1030 (a)(5)(A)-(B); §1030 (g).

Based, in part, on the Defendants' own affidavits, the evidence in this case clearly demonstrates that injunctive relief should be granted to AGI for the Defendants' violation the CCFA. First, under highly suspicious circumstances, Stipe *admits* that she intentionally accessed AGI's password protected database on July 12, 2004 and July 14, 2004, using a laptop computer borrowed from Sage Advice (Stipe Aff. ¶11). [1] Defendant

---

[1] References to affidavits filed by the parties in this action are identified by the last name of the affiant followed by "Aff. ¶ __" or "Aff. Exh. __." References to the Supplemental Affidavit of Christopher

Novosat and Sage Advice acknowledge providing this laptop computer to Stipe (Novosat Aff. ¶¶15-18). Defendant Stipe acknowledges that the AGI database she accessed was password protected (Stipe Aff. ¶11). Plaintiff's pending Motion for Preliminary Injunction includes affidavits stating that the Defendant's passwords were disabled immediately following her resignation. (Smith Aff. ¶34.)

Second, as a direct result of this violation, Plaintiff AGI has suffered losses. Specifically, AGI has incurred remedial and investigative expenses well in excess of $5,000,[2] which does not even factor in the ongoing harm to AGI's goodwill and reputation. (Smith Aff. ¶80). Based on these facts alone, the Plaintiff has established, as a matter of law, that the Defendants have violated the CCFA such that injunctive relief is an available remedy. The Defendants have averred nothing to rebut this showing.

Moreover, Defendant Stipe's affidavit is plagued with inaccuracies. For example, her averment that she was unemployed at the time she illegally broke-in to AGI's password protected computer database server is simply untrue. (Stipe Aff. ¶11). Defendant Stipe clearly was employed by Defendant Acquired Learning ("ALI") on the dates she broke into the AGI database. E-mails sent from Judeann Stipe's ALI work e-mail address, "Judeann Stipe [sales@acquiredlearning.com]", to client ETS on July 11, 2004, July 12, 2004, and July 13, 2004 all reference her sales related work for ETS. (Smith Supp. Aff. ¶¶2-3, Exh. 1). In these e-mails, she describes sales related activities, scheduling dates and confirming billing details with this client. It was on and around

---

Smith in Connection with Plaintiff AGI's Supplemental Memorandum in Support of its Motion for Preliminary Injunction are identified by "Smith Supp. Aff. ¶__" or "Smith Supp. Aff. Exh. __."

[2] See, EF Cultural Travel BV v. Explorica, Inc., 274 F.3d 577, 584-85 (1st Cir. 2001) (holding that the CFAA provides relief for more than just losses directly caused by the unauthorized accessing of a computer system, rather, losses include remedial and investigative expenses incurred by the Plaintiff).

these dates that she repeatedly and wrongfully accessed AGI's password protected

database servers. (Smith Supp. Aff. ¶4; Smith Aff. ¶¶70-79). Defendant Leinbach

confirms that Stipe was working for ALI in the summer of 2004 (Leinbach Aff. ¶22).

Further, it is suspiciously coincidental that Stipe requested to "borrow" a computer from

Dean Novosat in June of 2004, which is the laptop she alleges to have used to improperly

access AGI's customer database. (Stipe ¶11).

  Equally suspect is Defendant Stipe's averment that she was not looking for

customer information while accessing the AGI customer database using a wrongfully

obtained or hacked password, and while she was working for a competing company. Not

only is this assertion is dubious on its face, it is completely implausible as Stipe

established a pattern of seeking out client information from other sources. For example,

by Defendants' own admission, Stipe contacted an instructor for AGI, Defendant

Leinbach, and requested information about an AGI customer, Harley Davidson (Leinbach

Aff. ¶32). In addition, the high-speed data connections which AGI uses in its office and

which Comcast provides to one of the Defendants would have allowed for the transfer all

of AGI's customer records in less than ten minutes. (Smith Supp. Aff. ¶5). As Defendant

Stipe had been working and using the Plaintiff's database for nearly a decade, she would

have been able to cull the database for the most valuable information, locate, and

download this information in an even shorter period of time. (Smith Supp. Aff. ¶6).

  Further, Stipe does not explain *how* she was able to gain access to the database

after her password privileges were disabled. Defendant Novosat suggests that he has

provided IT services for more than a decade (Novosat Aff. ¶6), yet he claims to have no

knowledge of how to access AGI's computer servers (Novosat Aff. ¶¶20-22). Novosat

4

fails to mention, however, that for more than seven years he and his company, Sage Advice, were the exclusive technology consultants and system integrators for Plaintiff AGI. (Smith Supp. Aff. ¶7).  In this role, Defendant Novosat and Sage Advice set up all AGI servers, established user accounts, and passwords to AGI computers and servers. (Smith Supp. Aff. ¶8).  Novosat and Sage Advice were paid more than $92,000 for the consulting, computer integration, and computer support services provided to AGI. (Smith Supp. Aff. ¶9, Exh. 2).  One of the services provided by Sage Advice and Novosat was the establishment of a remote network connection from Defendant Stipe's home into the AGI computer servers. (Smith Supp. Aff. ¶10).

 With regard to the Plaintiff's trade secret misappropriation claims, the Defendants have not contested that the information contained on the AGI's customer list and customer scheduling databases is confidential information subject to trade secret protection.[3]  Further, Defendant Stipe *admitted* that on numerous occasions, without authorization, she improperly accessed AGI's customer databases.  (Stipe ¶14).  As explained above, Stipe was employed or acting on behalf of Defendant Acquired at the time.  The evidence, therefore, overwhelmingly suggests that the Defendants are liable under Mass. G.L. ch 93, §42.  To the extent that AGI has demonstrated a likelihood of success on a misappropriation of trade secrets claim, it need not prove irreparable injury for an injunction because such harm is presumed. See EchoMail, Inc. v. Am. Express Co., 378 F. Supp. 2d 1, 8 (D. Mass. 2005).  Accordingly, a preliminary injunction should be granted on these grounds.

---

[3] Clark Edwards' assertion that Plaintiffs customer list is marketed to the general public on two different websites is unsupported by evidence and does not establish that the information is not confidential.  (Smith Supp. Aff. ¶¶11-12).

Over the years, AGI has developed a strong reputation based on its expertise and the quality of the services it provides. (Shaffstall Dec. ¶2; Smith Aff. ¶¶15, 16; Silverman Dec. ¶¶8, 9.) Defendants' current actions have harmed and will continue to harm this reputation. (Smith Aff. ¶¶20, 79-94; Silverman Dec. ¶10; Shaffstall Dec. ¶5.)

If Defendants Stipe, Novosat, Edwards, and ALI are allowed to continue to use information acquired through the misappropriation of AGI's trade secrets and confidential information, AGI will suffer damages due to the loss of business, goodwill and reputation.

In balancing the hardships in this case, the Defendants' affidavits are also supportive of granting the injunction in favor of AGI. While the Defendants' actions have caused harm and will continue to cause harm to AGI's goodwill, reputation and business relationships, which to date has resulted in a loss of business relationships with customers worth more than $1.25 million dollars (Smith Aff. ¶¶79-94), the Defendants have not alleged *any* harm that an injunction would cause to them either individually or collectively. To the contrary, Acquired has "decided to close their doors," so an injunction would not affect its business opportunities. (Stipe Aff. ¶13.)

Finally, the public interest supports the injunction. The Defendants, by their own admission, have committed wrongdoing against the AGI. Such wrongdoing has caused, and continues to cause significant damage to AGI. Equity should support the victim of the Defendants' illegal and fundamentally dishonest conduct.

## CONCLUSION

AGI should be granted a preliminary injunction in the form requested in the motion filed with its Motion for Preliminary Injunction.

AMERICAN GRAPHICS INSTITUTE, INC.

By its attorneys,

Dated:  November 2, 2005

/s/ Giovanna H. Fessenden
John L. DuPré (BBO No. 549659)
David J. Brody (BBO No. 058200)
Giovanna H. Fessenden (BBO No. 654681)
Hamilton, Brook, Smith & Reynolds, P.C.
530 Virginia Road
P.O. Box 9133
Concord, Massachusetts 01742-9133
Telephone:  (978) 341-0036
Facsimile:   (978) 341-0136

583384_2.DOC

## CERTIFICATE OF SERVICE

I, Giovanna Fessenden, hereby certify that on November 2, 2005, service of the foregoing was made on all defendants by mail.

/s/ Giovanna H. Fessenden
Giovanna H. Fessenden

EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AMERICAN GRAPHICS  INSTITUTE,
INC.,

               Plaintiff,

    v.

ACQUIRED LEARNING, INC., JUDEANN
STIPE, DEAN NOVOSAT, CLARK
EDWARDS, SAGE ADVICE, LTD.
and CARL LEINBACH,

               Defendants.

Civil Action No. 05-11857 JLT

**SUPPLEMENTAL AFFIDAVIT OF CHRISTOPHER SMITH IN
CONNECTION WITH PLAINTIFF AGI'S SUPPLEMENTAL MEMORANDUM
IN SUPPORT OF ITS MOTION FOR PRELIMINARY INJUNCTION**

       CHRISTOPHER SMITH states under oath as follows:

       1.     I the president and co-founded of the Plaintiff, American Graphics

Institute, Inc. ("AGI").

**Judeann Stipe Was An ALI Employee When She Broke Into AGI's Servers**

       2.     Attached as Exhibit 1, are e-mails sent from Judeann Stipe's ALI work e-

mail address, "Judeann Stipe [sales@acquiredlearning.com]", to client ETS on July 11,

2004, July 12, 2004, and July 13, 2004.  All reference her sales related work for ETS.

       3.     In these emails, Stipe describes ALI's sales related activities, scheduling

dates and confirming billing details with this client, ETS.

4.    It was on and around these dates that she repeatedly and wrongfully accessed AGI's password protected database servers.

5.    The high-speed data connections that AGI uses in its office and that Comcast provides to Judeann Stipe would allow for the transfer all of AGI's customer records in less than ten minutes.

6.    As Defendant Stipe had been working and using the AGI's database for nearly a decade, she would have been able to cull the database for the most valuable information, locate, and download this information in an even shorter period of time.

**Dean Novosat And Sage Advice Knew How To Access AGI's Servers**

7.    For more than seven years, Dean Novosat and his company Sage Advice were the exclusive technology consultants and system integrators for AGI.

8.    In this role, defendant Novosat and Sage Advice set up all AGI servers, established user accounts, and passwords to AGI computers and servers.

9.    Attached as Exhibit 2 is an AGI accounting record evidencing that Novosat and Sage Advice provided more than $92,000 worth of consulting, computer integration, and computer support services to Plaintiff AGI.

10.    One of the services provided by Sage Advice and Novosat was the establishment of a remote network connection from Defendant Stipe's home into the AGI computer servers.

**AGI's Customer List Is Confidential And Proprietary**

11.    AGI's customer list is confidential and proprietary.  AGI does not offer its customer list for sale to the general public.

2

12.    For a significant fee and at the discretion of AGI, AGI does allow certain clients to have blind access to its customer list, however, AGI incorporates a series of protocols and procedures to maintain the confidentiality of its list.  If, for example, an interested client wants to be able to market to AGI's customers on its customer list, AGI allows the interested client to submit its marketing materials to AGI's printing service so that AGI's printing service can distribute the marketing materials to AGI's customers. The interested client who hired AGI to perform this function is not provided with any access or copies of AGI's customer list.  This is just one of the many examples showing how valuable AGI's customer list is to it.

Signed this 2nd day of November 2005 under the pains and penalties of perjury.

/s/ Christopher Smith
Christopher Smith

584452

EXHIBIT 1

**From:**    Judeann Stipe [sales@acquiredlearning.com]

**Sent:**    Sunday, July 11, 2004 10:07 AM

**To:**    Schenkel, Leslie

**Subject:** Training

Hi Leslie,

I wanted to make sure you got my earlier email? I was having problems setting up my new system. Please respond to this email and let me know you got it.

Also, I really want to thank you for the support you have provided so far. It means a lot to me to have you follow me and help get things off to a great start. I am coming down to meet with you soon and lunch is on me!

Thanks,
Judeann

| | |
|---|---|
| **From:** | Judeann Stipe [sales@acquiredlearning.com] |
| **Sent:** | Monday, July 12, 2004 4:31 PM |
| **To:** | Schenkel, Leslie |
| **Cc:** | Delate-Miller, Laura |
| **Subject:** | Re: Training |

Hi,

The software should be installed by ETS for the PC's.

So, I guess the next step is getting some dates nailed down, What do you want to have happen in August and September?

Thanks,
Judeann

On 7/12/04 2:06 PM, "Schenkel, Leslie" <lschenkel@ets.org> wrote:

> The pricing is very fair.
> Would you be supplying software for the PCs or do I need to have that
> pre-loaded on our training machines?
>
> Leslie
>
> -----Original Message-----
> From: Judeann Stipe [mailto:sales@acquiredlearning.com]
> Sent: Monday, July 12, 2004 1:39 PM
> To: Schenkel, Leslie
> Subject: Re: Training
>
>
> Hi Leslie,
>
> I was reviewing pricing options and wanted to run some prices by you. Would
> $1200/day for up to 6 attendees on PC's and $1500 per day for up to 6
> attendees on Mac's work? We would supply 6 Mac laptops for the training.
> Software would be installed as well.
>
> Let me know and then we can go from here.
>
> Thanks,
> Judeann
>
> On 7/12/04 9:14 AM, "Schenkel, Leslie" <lschenkel@ets.org> wrote:
>
>> Got it!!!
>>
>> and Your Welcome!!!
>>
>>

>> Leslie
>>
>> -----Original Message-----
>> From: Judeann Stipe [mailto:sales@acquiredlearning.com]
>> Sent: Sunday, July 11, 2004 10:07 AM
>> To: Schenkel, Leslie
>> Subject: Training
>>
>>
>> Hi Leslie,
>>
>> I wanted to make sure you got my earlier email? I was having problems
>> setting up my new system. Please respond to this email and let me know you
>> got it.
>>
>> Also, I really want to thank you for the support you have provided so far.
>> It means a lot to me to have you follow me and help get things off to a
>> great start. I am coming down to meet with you soon and lunch is on me!
>>
>> Thanks,
>> Judeann
>>
>>
>>
>>

| | |
|---|---|
| **From:** | Judeann Stipe [sales@acquiredlearning.com] |
| **Sent:** | Tuesday, July 13, 2004 6:28 PM |
| **To:** | Schenkel, Leslie |
| **Subject:** | Re: Training |

Hi,

Brian is available Aug 11,12 & 13 as well as the entire week following.
I have him on hold for the dates until you get back to me. He will also be
calling you to touch base prior to the July 20th session.

Did Sonia get the papers we sent back? Should we send you an invoice via
email? I need to get the 20th listed first and then you and I can get the
other dates lined up. Is it possible to get a credit card payment for the
first session?

I will be home tomorrow, if you are available I will call you to finalize
all of this. Let me know.

Thanks,
Judeann


On 7/13/04 10:58 AM, "Schenkel, Leslie" <lschenkel@ets.org> wrote:

> Updates:
>
> I have reserved a room for Mac training for August 9-13.
> August 10th we can only use it until 2:30.
>
> I have August 16th for PC training.
>
> I hope this works for you cause rooms are getting scarse
>
> -----Original Message-----
> From: Judeann Stipe [mailto:sales@acquiredlearning.com]
> Sent: Tuesday, July 13, 2004 9:25 AM
> To: Schenkel, Leslie
> Subject: Re: Training
>
>
> Hi,
>
> I am checking with the instructor for availability, but, think we can do the
> week you have listed below.
>
> I will get back to you shortly with a confirmation.
>

> Thanks,
> Judeann
>
> On 7/13/04 8:48 AM, "Schenkel, Leslie" <lschenkel@ets.org> wrote:
>
>> I'm going to need 4 mac sessions and 1 pc session before August 18th.
> Prefer
>> the week of Aug 9-13.
>> Let me know the dates that are good and I'll arrange the names and
> training
>> room.
>>
>> Leslie
>>
>> -----Original Message-----
>> From: Judeann Stipe [mailto:sales@acquiredlearning.com]
>> Sent: Monday, July 12, 2004 4:31 PM
>> To: Schenkel, Leslie
>> Cc: Delate-Miller, Laura
>> Subject: Re: Training
>>
>>
>> Hi,
>>
>> The software should be installed by ETS for the PC's.
>>
>> So, I guess the next step is getting some dates nailed down, What do you
>> want to have happen in August and September?
>>
>> Thanks,
>> Judeann
>>
>> On 7/12/04 2:06 PM, "Schenkel, Leslie" <lschenkel@ets.org> wrote:
>>
>>> The pricing is very fair.
>>> Would you be supplying software for the PCs or do I need to have that
>>> pre-loaded on our training machines?
>>>
>>> Leslie
>>>
>>> -----Original Message-----
>>> From: Judeann Stipe [mailto:sales@acquiredlearning.com]
>>> Sent: Monday, July 12, 2004 1:39 PM
>>> To: Schenkel, Leslie
>>> Subject: Re: Training
>>>
>>>
>>> Hi Leslie,
>>>
>>> I was reviewing pricing options and wanted to run some prices by you.
>> Would
>>> $1200/day for up to 6 attendees on PC's and $1500 per day for up to 6
>>> attendees on Mac's work? We would supply 6 Mac laptops for the training.
>>> Software would be installed as well.

>>>
>>> Let me know and then we can go from here.
>>>
>>> Thanks,
>>> Judeann
>>>
>>> On 7/12/04 9:14 AM, "Schenkel, Leslie" <lschenkel@ets.org> wrote:
>>>
>>>> Got it!!!
>>>>
>>>> and Your Welcome!!!
>>>>
>>>> Leslie
>>>>
>>>> -----Original Message-----
>>>> From: Judeann Stipe [mailto:sales@acquiredlearning.com]
>>>> Sent: Sunday, July 11, 2004 10:07 AM
>>>> To: Schenkel, Leslie
>>>> Subject: Training
>>>>
>>>>
>>>> Hi Leslie,
>>>>
>>>> I wanted to make sure you got my earlier email? I was having problems
>>>> setting up my new system. Please respond to this email and let me know
>> you
>>>> got it.
>>>>
>>>> Also, I really want to thank you for the support you have provided so
>> far.
>>>> It means a lot to me to have you follow me and help get things off to a
>>>> great start. I am coming down to meet with you soon and lunch is on me!
>>>>
>>>> Thanks,
>>>> Judeann
>>>>
>>>>
>>>>
>>>>
>>>>

EXHIBIT 2

# American Graphics Institute
## Vendor QuickReport
### January 1996 through September 2005

| | Type | Date | Invocie Number | Amount |
|---|---|---|---|---|
| **Sage Advice Ltd** | | | | |
| | Bill | 12/15/1997 | | -360.00 |
| | Bill | 12/23/1997 | | -600.00 |
| | Bill | 01/04/1998 | | -600.00 |
| | Bill | 01/29/1998 | 1091 | -240.00 |
| | Bill | 02/16/1998 | 1113 | -330.00 |
| | Bill | 03/07/1998 | 1137 | -540.00 |
| | Bill | 04/20/1998 | 1177 | -150.00 |
| | Bill | 04/22/1998 | 1181 | -330.00 |
| | Bill | 05/09/1998 | 1200 | -300.00 |
| | Bill | 05/29/1998 | 1219 | -810.00 |
| | Bill | 06/22/1998 | 1251 | -360.00 |
| | Bill | 07/31/1998 | 1284 | -90.00 |
| | Bill | 10/15/1998 | 1389 | -120.00 |
| | Bill | 03/09/2000 | 2168 | -170.00 |
| | Bill | 03/16/2000 | 2180 | -42.50 |
| | Bill | 04/21/2000 | 2236 | -212.50 |
| | Bill | 06/02/2000 | 2307 | -170.00 |
| | Bill | 06/15/2000 | 2328 | -297.50 |
| | Bill | 06/18/2000 | 2343 | -170.00 |
| | Bill | 07/07/2000 | 2371 | -297.50 |
| | Bill | 07/16/2000 | 2380 | -237.50 |
| | Bill | 06/29/2000 | 2358 | -212.50 |
| | Bill | 06/26/2000 | 2346 | -170.00 |
| | Bill | 07/28/2000 | 2418 | -127.50 |
| | Bill | 08/09/2000 | 2416 | -637.50 |
| | Bill | 08/05/2000 | 2410 | -450.00 |
| | Bill | 07/28/2000 | 2397 | -170.00 |
| | Bill | 08/18/2000 | 2432 | -780.00 |
| | Bill | 08/18/2000 | 2453 | -212.50 |
| | Bill | 09/01/2000 | 2464 | -170.00 |
| | Bill | 09/07/2000 | 2471 | -85.00 |
| | Bill | 09/15/2000 | 2490 | -595.00 |
| | Bill | 09/21/2000 | 2501 | -127.50 |
| | Bill | 09/28/2000 | 2511 | -382.50 |
| | Bill | 10/05/2000 | 2526 | -170.00 |
| | Bill | 10/12/2000 | 2538 | -170.00 |
| | Bill | 10/27/2000 | 2561 | -42.50 |
| | Bill | 11/03/2000 | 2572 | -510.00 |
| | Bill | 10/19/2000 | 2549 | -820.00 |
| | Bill | 10/20/2000 | 2555 | -170.00 |
| | Bill | 11/10/2000 | 2589 | -212.50 |
| | Bill | 12/01/2000 | 2611 | -212.50 |
| | Bill | 11/26/2000 | 2604 | -170.00 |
| | Bill | 12/07/2000 | 2621 | -170.00 |
| | Bill | 12/14/2000 | 2628 | -212.50 |
| | Bill | 12/20/2000 | 2638 | -170.00 |
| | Bill | 12/29/2000 | 2647 | -297.50 |
| | Bill | 01/03/2001 | 2658 | -1,020.00 |
| | Bill | 01/13/2001 | 2671 | -1,020.00 |
| | Bill | 01/18/2001 | 2679 | -85.00 |

12:34 PM
09/30/05

## American Graphics Institute
### Vendor QuickReport
#### January 1996 through September 2005

| Type | Date | Invocie Number | Amount |
|------|------|----------------|--------|
| Bill | 01/24/2001 | 2688 | -598.80 |
| Bill | 01/25/2001 | 2692 | -1,177.50 |
| Bill | 02/08/2001 | 2703 | -797.50 |
| Bill | 02/14/2001 | 2710 | -512.50 |
| Bill | 02/28/2001 | 2728 | -340.00 |
| Bill | 03/16/2001 | 2737 | -510.00 |
| Bill | 03/15/2001 | 2749 | -212.50 |
| Bill | 03/15/2001 | 2722 | -212.50 |
| Bill | 03/28/2001 | 2752 | -1,308.00 |
| Bill | 04/02/2001 | 2763 | -791.50 |
| Bill | 04/10/2001 | 49 | -680.00 |
| Bill | 04/16/2001 | 2782 | -850.00 |
| Bill | 04/14/2001 | 2788 | -1,029.00 |
| Bill | 04/14/2001 | 2792 | -510.00 |
| Bill | 04/26/2001 | 2802 | -595.00 |
| Bill | 05/07/2001 | 2814 | -255.00 |
| Bill | 05/09/2001 | 2818 | -119.94 |
| Bill | 05/10/2001 | 2824 | -164.00 |
| Bill | 05/20/2001 | 2834 | -322.99 |
| Bill | 05/22/2001 | 2837 | -1,275.00 |
| Bill | 05/30/2001 | 2847 | -510.00 |
| Bill | 05/30/2001 | 2854 | -375.00 |
| Bill | 06/07/2001 | 2862 | -644.00 |
| Bill | 06/15/2001 | 2875 | -935.00 |
| Bill | 06/22/2001 | 2890 | -1,154.00 |
| Bill | 06/29/2001 | 2900 | -170.00 |
| Bill | 07/05/2001 | 2910 | -170.00 |
| Bill | 07/14/2001 | 2923 | -255.00 |
| Bill | 07/20/2001 | 2939 | -1,615.00 |
| Bill | 07/27/2001 | 2944 | -467.50 |
| Bill | 08/03/2001 | 2953 | -1,062.50 |
| Bill | 08/03/2001 | 2949 | -4,797.00 |
| Bill | 08/08/2001 | 2961 | -127.50 |
| Bill | 08/13/2001 | 2965 | -382.50 |
| Bill | 08/18/2001 | 2977 | -552.50 |
| Bill | 08/23/2001 | 2988 | -297.50 |
| Bill | 08/31/2001 | 2994 | -1,664.00 |
| Bill | 09/02/2001 | 2998 | -1,020.00 |
| Bill | 09/02/2001 | 2996 | -1,870.00 |
| Bill | 09/07/2001 | 3009 | -935.00 |
| Bill | 09/25/2001 | 3029 | -722.50 |
| Bill | 09/19/2001 | 3018 | -340.00 |
| Bill | 09/26/2001 | 3030 | -552.50 |
| Bill | 09/28/2001 | 3042 | -425.00 |
| Bill | 10/15/2001 | 3052 | -297.50 |
| Bill | 10/15/2001 | 3060 | -780.90 |
| Bill | 10/18/2001 | 3062 | -1,785.00 |
| Bill | 10/24/2001 | 3080 | -832.50 |
| Bill | 11/03/2001 | 3091 | -297.50 |
| Bill | 11/14/2001 | 3115 | -1,434.00 |
| Bill | 11/16/2001 | 3117 | -1,105.00 |

12:34 PM
09/30/05

# American Graphics Institute
## Vendor QuickReport
### January 1996 through September 2005

| Type | Date | Invocie Number | Amount |
|------|------|----------------|--------|
| Bill | 11/12/2001 | 3101 | -255.00 |
| Bill | 11/26/2001 | 3123 | -297.50 |
| Bill | 12/03/2001 | 3135 | -212.50 |
| Bill | 11/29/2001 | 3128 | -212.50 |
| Bill | 12/06/2001 | 3150 | -765.00 |
| Bill | 12/14/2001 | 3156 | -265.00 |
| Bill | 12/13/2001 | 3154 | -170.00 |
| Bill | 12/17/2001 | 3165 | -255.00 |
| Bill | 12/26/2001 | 3176 | -680.00 |
| Bill | 01/14/2002 | 3192 | -127.50 |
| Bill | 02/11/2002 | 66 | -382.50 |
| Bill | 02/07/2002 | 54 | -263.94 |
| Bill | 02/07/2002 | 53 | -255.00 |
| Bill | 01/31/2002 | 44 | -340.00 |
| Bill | 01/28/2002 | 31 | -255.00 |
| Bill | 01/28/2002 | 36 | -297.50 |
| Bill | 02/16/2002 | 74 | -425.00 |
| Bill | 02/16/2002 | 72 | -680.00 |
| Bill | 03/13/2002 | | -795.00 |
| Bill | 03/13/2002 | | -255.00 |
| Bill | 03/13/2002 | | -425.00 |
| Bill | 03/13/2002 | | -382.50 |
| Bill | 03/13/2002 | | -255.00 |
| Bill | 03/13/2002 | | -212.50 |
| Bill | 03/16/2002 | 000000048 | -680.00 |
| Bill | 03/14/2002 | 00000131 | -255.00 |
| Bill | 03/22/2002 | 00000052 | -637.50 |
| Bill | 04/03/2002 | 00000066 | -340.00 |
| Bill | 04/03/2002 | 00000068 | -212.50 |
| Bill | 04/10/2002 | 200220 | -170.00 |
| Bill | 04/15/2002 | 200214 | -255.00 |
| Bill | 04/25/2002 | 2001-2837 | -340.00 |
| Bill | 05/02/2002 | 2001-2849 | -510.00 |
| Bill | 05/03/2002 | 2001-2853 | -212.50 |
| Bill | 05/08/2002 | 5008 | -562.50 |
| Bill | 05/10/2002 | 5013 | -1,657.50 |
| Bill | 05/18/2002 | 5028 | -297.50 |
| Bill | 05/24/2002 | 5034 | -595.00 |
| Bill | 05/31/2002 | 5053 | -340.00 |
| Bill | 05/29/2002 | 5047 | -170.00 |
| Bill | 06/01/2002 | 5057 | -321.80 |
| Bill | 06/10/2002 | 5061 | -850.00 |
| Bill | 06/17/2002 | 5078 | -510.00 |
| Bill | 06/21/2002 | 5089 | -189.00 |
| Bill | 07/01/2002 | 5096 | -255.00 |
| Bill | 07/01/2002 | 5106 | -297.50 |
| Bill | 07/09/2002 | 5111 | -1,020.00 |
| Bill | 07/13/2002 | 5119 | -637.50 |
| Bill | 07/19/2002 | 5127 | -255.00 |
| Bill | 07/22/2002 | 5131 | -425.00 |
| Bill | 07/26/2002 | 5141 | -212.50 |

12:34 PM
09/30/05

## American Graphics Institute
## Vendor QuickReport
### January 1996 through September 2005

| Type | Date | Invocie Number | Amount |
|------|------|----------------|--------|
| Bill | 08/05/2002 | 5156 | -340.00 |
| Bill | 08/12/2002 | 5160 | -630.00 |
| Bill | 08/20/2002 | 5177 | -680.00 |
| Bill | 08/27/2002 | 5182 | -595.00 |
| Bill | 08/30/2002 | 5191 | -510.00 |
| Bill | 09/05/2002 | 5196 | -297.50 |
| Bill | 09/12/2002 | 5211 | -170.00 |
| Bill | 09/23/2002 | 5215 | -255.00 |
| Bill | 09/27/2002 | 5223 | -127.50 |
| Bill | 10/14/2002 | 5243 | -297.50 |
| Bill | 10/10/2002 | 5240 | -170.00 |
| Bill | 10/22/2002 | 5252 | -127.50 |
| Bill | 11/04/2002 | 5258 | -425.00 |
| Bill | 11/11/2002 | 5272 | -85.00 |
| Bill | 11/18/2002 | 5279 | -85.00 |
| Bill | 11/22/2002 | 5289 | -100.00 |
| Bill | 03/10/2003 | 5375 | -200.00 |
| Bill | 05/01/2003 | 5444 | -500.00 |
| Bill | 05/28/2003 | 5476 | -900.00 |
| Bill | 06/06/2003 | 5486 | -750.00 |
| Bill | 06/13/2003 | 5499 | -200.00 |
| Bill | 06/24/2003 | 5510 | -100.00 |
| Bill | 07/21/2003 | 5546 | -200.00 |
| Bill | 08/13/2003 | 5562 | -500.00 |
| Bill | 08/26/2003 | 5578 | -250.00 |
| Bill | 08/26/2003 | 5574 | -200.00 |
| Bill | 08/28/2003 | 5584 | -200.00 |
| Bill | 09/18/2003 | 5611 | -550.00 |
| Bill | 09/22/2003 | 5614 | -700.00 |
| Bill | 09/24/2003 | 5620 | -500.00 |
| Bill | 09/30/2003 | 5628 | -100.00 |
| Bill | 10/09/2003 | 5638 | -600.00 |
| Bill | 11/26/2003 | 5706 | -300.00 |
| Bill | 12/04/2003 | 5711 | -2,181.32 |
| Bill | 12/12/2003 | 5717 | -50.00 |
| Bill | 12/19/2003 | 5729 | -1,221.89 |
| Bill | 12/30/2003 | 5741 | -500.00 |

**Total**                            **-92,108.58**

Sage Advice Ltd.
245 Centerville Road #5
Lancaster, PA 17603

717 . 390 . 9100

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 12/17/'01 | 3165 |

**BILL TO**

American Graphics Institute
205 Granite Run Drive
Suite 120
Lancaster, PA 17601

**SHIP TO**

American Graphics Institute
205 Granite Run Drive
Suite 120
Lancaster, PA 17601

| P.O. NO. | TERMS | DUE DATE | PROJECT |
|---|---|---|---|
| | Net 30 | 01/16/'02 | |

| SERVICE D... | ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 12/12/'01 | Contract Notice | Contract Rate Consulting: Server Work & Blue Ball Internet A finance charge of 1 1/2% per month (18% per annum) will be assessed on all balances over 30 days past due. | 3 | 85.00 | 255.00 |

*Outside Service. — Technical*

*ENTERED 12/28/01*

| | Total | $255.00 |
|---|---|---|

Sage Advice Ltd.
245 Centerville Road #5
Lancaster, PA 17603

· 717 . 390 . 9100

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 12/03/'01 | 3135 |

**BILL TO**

American Graphics Institute
205 Granite Run Drive
Suite 120
Lancaster, PA 17601

**SHIP TO**

American Graphics Institute
205 Granite Run Drive
Suite 120
Lancaster, PA 17601

| P.O. NO. | TERMS | DUE DATE | PROJECT |
|---|---|---|---|
| | Net 30 | 01/02/'02 | |

| SERVICE D... | ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 11/26/01 | Contract | Contract Rate Consulting: Internet Install | 2.5 | 85.00 | 212.50 |

OUTSIDE SERVICES —

TECHNICAL

| | |
|---|---|
| **Total** | $212.50 |



**Sage Advice Ltd**
245 Centeville Rd #5
Lancaster, PA 17603

# Invoice



| Date | Invoice # |
|------|-----------|
| 4/15/2002 | 200214 |

| Bill To |
|---------|
| American Graphics Institute<br>205 Granite Run Drive<br>Suite 120<br>Lancaster, PA 17601 |

| Ship To |
|---------|
| American Graphics Institute<br>205 Granite Run Drive<br>Suite 120<br>Lancaster, PA 17601 |

| P.O. No. | Terms | Due Date | Rep | Project |
|----------|-------|----------|-----|---------|
|  | Net 30 | 5/15/2002 |  |  |

| Serviced | Description | Quantity | Rate | Amount |
|----------|-------------|----------|------|--------|
| 4/3/2002 | Contract Rate Service, server maintenance | 3 | 85.00 | 255.00 |

*Outside Serv. Tech Corp.*

| | |
|---|---|
| Subtotal | $255.00 |
| Sales Tax  (6.0%) | $0.00 |
| Total | $255.00 |
| Payments/Credits | $0.00 |
| **Balance Due** | $255.00 |





Sage Advice Ltd
245 Centeville Rd #5
Lancaster, PA 17603
. . . . . . . . . . . . . . . .
717-390-9134

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/17/2002 | 5078 |

| Bill To |
|---------|
| American Graphics Institute |
| 205 Granite Run Drive |
| Suite 120 |
| Lancaster, PA 17601 |

| Ship To |
|---------|
| American Graphics Institute |
| 205 Granite Run Drive |
| Suite 120 |
| Lancaster, PA 17601 |



| P.O. No. | Terms | Due Date | Rep | Project |
|----------|-------|----------|-----|---------|
|  | Net 30 | 7/17/2002 |  |  |

| Serviced | Description | Quantity | Rate | Amount |
|----------|-------------|----------|------|--------|
| 6/12/2002 | Contract Rate Service, Doug setup Portland Server | 4 | 85.00 | 340.00 |
| 6/12/2002 | Contract Rate Service, Dean wipe old systems | 2 | 85.00 | 170.00 |

*OUTSIDE SERVICES*

*Tech*

| | |
|---|---|
| Subtotal | $510.00 |
| Sales Tax (6.0%) | $0.00 |
| Total | $510.00 |
| Payments/Credits | $0.00 |
| **Balance Due** | $510.00 |

Sage Advice Ltd
245 Centeville Rd #5
Lancaster, PA 17603
· · · · · · · · · · · · · · ·
717-390-9134

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/13/2002 | 5119 |

| Bill To | Ship To |
|---------|---------|
| American Graphics Institute<br>205 Granite Run Drive<br>Suite 120<br>Lancaster, PA 17601 | American Graphics Institute<br>205 Granite Run Drive<br>Suite 120<br>Lancaster, PA 17601 |

| P.O. No. | Terms | Due Date | Rep | Project |
|----------|-------|----------|-----|---------|
|  | Net 30 | 8/12/2002 |  |  |

| Serviced | Description | Quantity | Rate | Amount |
|----------|-------------|----------|------|--------|
| 7/9/2002 | Contract Rate Service, Doug, install 3COM modem, configure DHCP on server, configure PCs (BB) | 4.5 | 85.00 | 382.50 |
| 7/10/2002 | Contract Rate Service, Doug, update Intelligraphs | 3 | 85.00 | 255.00 |

ENTERED
7/6-02

| | |
|--|--|
| **Subtotal** | $637.50 |
| **Sales Tax  (6.0%)** | $0.00 |
| **Total** | $637.50 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $637.50 |



Sage Advice Ltd
245 Centerville Rd #5
Lancaster, PA 17603
· · · · · · · · · · · · · · · · ·
717-390-9134

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/5/2002 | 5156 |

| Bill To |
|---------|
| American Graphics Institute<br>205 Granite Run Drive<br>Suite 120<br>Lancaster, PA 17601 |

| Ship To |
|---------|
| American Graphics Institute<br>205 Granite Run Drive<br>Suite 120<br>Lancaster, PA 17601 |

| P.O. No. | Terms | Due Date | Rep | Project |
|----------|-------|----------|-----|---------|
|  | Net 30 | 9/4/2002 |  |  |

| Serviced | Description | Quantity | Rate | Amount |
|----------|-------------|----------|------|--------|
| 7/31/2002 | Contract Rate Service, Doug server updates | 4 | 85.00 | 340.00 |

*outside Serv.*
*Tech*
*Class Cap*

| | |
|--|--|
| Subtotal | $340.00 |
| Sales Tax (6.0%) | $0.00 |
| Total | $340.00 |
| Payments/Credits | $0.00 |
| **Balance Due** | $340.00 |



Sage Advice Ltd
245 Centerville Rd #5
Lancaster, PA 17603
· · · · · · · · · · · · · · · ·
717-390-9134

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/12/2002 | 5160 |

**Bill To**

American Graphics Institute
205 Granite Run Drive
Suite 120
Lancaster, PA 17601

**Ship To**

American Graphics Institute
205 Granite Run Drive
Suite 120
Lancaster, PA 17601

| P.O. No. | Terms | Due Date | Rep | Project |
|----------|-------|----------|-----|---------|
|  | Net 30 | 9/11/2002 |  |  |

| Serviced | Description | Quantity | Rate | Amount |
|----------|-------------|----------|------|--------|
| 8/7/2002 | Contract Rate Service, Dean fix broken Mac | 2 | 85.00 | 170.00 |
|  | Cisco 800 IOS Upgrade for VPN for Catherine | 1 | 204.00 | 204.00 |
|  | Cisco 820 16MB Upgrade for VPN | 1 | 256.00 | 256.00 |

*Outside Svc:*
*Tech*

*Corp*

*pd ck*
*7256 9/5/02*

| | |
|---|---|
| Subtotal | $630.00 |
| Sales Tax (6.0%) | $0.00 |
| Total | $630.00 |
| Payments/Credits | $0.00 |
| Balance Due | $630.00 |



Sage Advice Ltd
245 Centerville Rd #5
Lancaster, PA 17603
. . . . . . . . . . . . . . . .
717-390-9134

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/20/2002 | 5177 |

| Bill To | Ship To |
|---------|---------|
| American Graphics Institute<br>205 Granite Run Drive<br>Suite 120<br>Lancaster, PA 17601 | American Graphics Institute<br>205 Granite Run Drive<br>Suite 120<br>Lancaster, PA 17601 |

| P.O. No. | Terms | Due Date | Rep | Project |
|----------|-------|----------|-----|---------|
| | Net 30 | 9/19/2002 | | |

| Serviced | Description | Quantity | Rate | Amount |
|----------|-------------|----------|------|--------|
| 8/14/2002 | Contract Rate Service, Doug server and PC Updates | 4 | 85.00 | 340.00 |
| 8/16/2002 | Contract Rate Service, Doug router upgrade | 4 | 85.00 | 340.00 |

*[handwritten: Outside Serv Tech Supp Corp]*

| | |
|---|---|
| Subtotal | $680.00 |
| Sales Tax (6.0%) | $0.00 |
| Total | $680.00 |
| Payments/Credits | $0.00 |
| Balance Due | $680.00 |



Sage Advice Ltd
245 Centerville Rd #5
Lancaster, PA 17603

717-390-9134

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/27/2002 | 5182 |

| Bill To |
|---------|
| American Graphics Institute<br>205 Granite Run Drive<br>Suite 120<br>Lancaster, PA 17601 |

| Ship To |
|---------|
| American Graphics Institute<br>205 Granite Run Drive<br>Suite 120<br>Lancaster, PA 17601 |

| P.O. No. | Terms | Due Date | Rep | Project |
|----------|-------|----------|-----|---------|
|  | Net 30 | 9/26/2002 |  |  |

| Serviced | Description | Quantity | Rate | Amount |
|----------|-------------|----------|------|--------|
| 8/20/2002 | Contract Rate Service, Router Setup Doug | 4 | 85.00 | 340.00 |
| 8/22/2002 | Contract Rate Service, Doug setup Catherine at home | 3 | 85.00 | 255.00 |

ENTERED 9-3-02

*outside Serv. Tech*

*Class Corp*

| | |
|---|---|
| Subtotal | $595.00 |
| Sales Tax (6.0%) | $0.00 |
| Total | $595.00 |
| Payments/Credits | $0.00 |
| **Balance Due** | $595.00 |



Sage Advice Ltd
245 Centerville Rd #5
Lancaster, PA 17603

717-390-9134

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/12/2002 | 5211 |

| Bill To | Ship To |
|---------|---------|
| American Graphics Institute<br>205 Granite Run Drive<br>Suite 120<br>Lancaster, PA 17601 | American Graphics Institute<br>205 Granite Run Drive<br>Suite 120<br>Lancaster, PA 17601 |

| P.O. No. | Terms | Due Date | Rep | Project |
|----------|-------|----------|-----|---------|
|          | Net 30 | 10/12/2002 |     |         |

| Serviced | Description | Quantity | Rate | Amount |
|----------|-------------|----------|------|--------|
| 9/6/2002 | Contract Rate Service, Doug update server and service packs | 2 | 85.00 | 170.00 |

*Outside Svc – Tech Supp Corp*

*ENTERED 9-14-02*

| | |
|---|---|
| Subtotal | $170.00 |
| Sales Tax (6.0%) | $0.00 |
| Total | $170.00 |
| Payments/Credits | $0.00 |
| **Balance Due** | $170.00 |



Sage Advice Ltd
245 Centerville Rd #5
Lancaster, PA 17603
· · · · · · · · · · · · · ·
717-390-9134

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/14/2002 | 5243 |

| Bill To | Ship To |
|---------|---------|
| American Graphics Institute<br>205 Granite Run Drive<br>Suite 120<br>Lancaster, PA 17601 | American Graphics Institute<br>205 Granite Run Drive<br>Suite 120<br>Lancaster, PA 17601 |

| P.O. No. | Terms | Due Date | Rep | Project |
|----------|-------|----------|-----|---------|
|  | Net 30 | 11/13/2002 |  |  |

| Serviced | Description | Quantity | Rate | Amount |
|----------|-------------|----------|------|--------|
| 10/9/2002 | Contract Rate Service, Doug troubleshoot network access problems in classrooms | 3.5 | 85.00 | 297.50 |

*Out Svc:*
*Tech*

*Cop*

ENTERED
10-18-02

| | |
|---|---|
| Subtotal | $297.50 |
| Sales Tax  (6.0%) | $0.00 |
| Total | $297.50 |
| Payments/Credits | $0.00 |
| Balance Due | $297.50 |





Sage Advice Ltd
245 Centerville Rd #5
Lancaster, PA 17603
• • • • • • • • • • • • • • • •
717-390-9134

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/27/2002 | 5223 |

| Bill To | Ship To |
|---------|---------|
| American Graphics Institute<br>205 Granite Run Drive<br>Suite 120<br>Lancaster, PA 17601 | American Graphics Institute<br>205 Granite Run Drive<br>Suite 120<br>Lancaster, PA 17601 |

| P.O. No. | Terms | Due Date | Rep | Project |
|----------|-------|----------|-----|---------|
|  | Net 30 | 10/27/2002 |  |  |

| Serviced | Description | Quantity | Rate | Amount |
|----------|-------------|----------|------|--------|
| 9/25/2002 | Contract Rate Service, cleanup Sally's laptop, fix Jude's email | 1.5 | 85.00 | 127.50 |

*Outside Svc Tech Supp Corp*

*ENTERED 9-30-02*

|  | Subtotal | $127.50 |
|--|----------|---------|
|  | Sales Tax  (6.0%) | $0.00 |
|  | Total | $127.50 |
|  | Payments/Credits | $0.00 |
|  | **Balance Due** | $127.50 |



Sage Advice Ltd
245 Centerville Rd #5
Lancaster, PA 17603
717-390-9134

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/19/2003 | 5729 |

| Bill To |
|---------|
| American Graphics Institute<br>205 Granite Run Drive<br>Suite 120<br>Lancaster, PA 17601 |

| Ship To |
|---------|
| American Graphics Institute<br>205 Granite Run Drive<br>Suite 120<br>Lancaster, PA 17601 |

| P.O. No. | Terms | Due Date | Rep | Project |
|----------|-------|----------|-----|---------|
|  | Net 30 | 1/18/2004 |  |  |

| Serviced | Description | Quantity | Rate | Amount |
|----------|-------------|----------|------|--------|
| 12/19/2003 | Network Wiring Rough-in Greenfield | 1 | 900.00 | 900.00 |
|  | Cat5e wiring | 1,100 | 0.25 | 275.00 |
|  | Metal Brackets Low Volt Metal Stud | 10 | 1.99 | 19.90 |
|  | Box Plastic Grommets for Metal Studs | 1 | 26.99 | 26.99 |

ENTERED 12/23/03

| | |
|---|---|
| Subtotal | $1,221.89 |
| Sales Tax  (6.0%) | $0.00 |
| Total | $1,221.89 |
| Payments/Credits | $0.00 |
| Balance Due | $1,221.89 |

AMERICAN GRAPHICS INSTITUTE, INC.

Sage Advice Ltd.

| Date | Type | Reference | | | 1/29/2004 | | 8938 |
|------|------|-----------|---|---|-----------|---|------|
| 12/19/2003 | Bill | 5729 | Original Amt. 1,221.89 | Balance Due 1,221.89 | Discount | Payment 1,221.89 |
| | | | | | Check Amount | 1,221.89 |

Fulton Bank        12/19/03                                          1,221.89

SF5001-1

Safeguard

TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 717-393-3421



Sage Advice Ltd
245 Centerville Rd #5
Lancaster, PA 17603
· · · · · · · · · · · · · · ·
717-390-9134

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/10/2003 | 5375 |

| Bill To |
|---------|
| American Graphics Institute
205 Granite Run Drive
Suite 120
Lancaster, PA 17601 |

| Ship To |
|---------|
| American Graphics Institute
205 Granite Run Drive
Suite 120
Lancaster, PA 17601 |

| P.O. No. | Terms | Due Date | Rep | Project |
|----------|-------|----------|-----|---------|
|  | Net 30 | 4/9/2003 |  |  |

| Serviced | Description | Quantity | Rate | Amount |
|----------|-------------|----------|------|--------|
| 2/26/2003 | Doug move Roxanne to raoming profile and other system work | 2 | 100.00 | 200.00 |

*Out Svc: Tech Support*
*Comp*

ENTERED
3/12/03

| | |
|--|--|
| Subtotal | $200.00 |
| Sales Tax  (6.0%) | $0.00 |
| Total | $200.00 |
| Payments/Credits | $0.00 |
| **Balance Due** | $200.00 |

AMERICAN GRAPHICS INSTITUTE, INC.

Sage Advice Ltd.                                                                                          4/14/2003                    **7989**

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|------|------|-----------|---------------|-------------|----------|---------|
| 03/10/2003 | Bill | 5375 | 200.00 | 200.00 | | 200.00 |
| | | | | | Check Amount | 200.00 |

American
GRAPHICS
INSTITUTE

Fulton Bank                    02/26/03                                                                                                  200.00

SF5001-1                              TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 717-399-3421                    H39GWH0010000    L98SF021413

Safeguard



Sage Advice Ltd
245 Centerville Rd #5
Lancaster, PA 17603
· · · · · · · · · · · · ·
717-390-9134

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/1/2003 | 5444 |

| Bill To |
|---------|
| American Graphics Institute<br>205 Granite Run Drive<br>Suite 120<br>Lancaster, PA 17601 |

| Ship To |
|---------|
| American Graphics Institute<br>205 Granite Run Drive<br>Suite 120<br>Lancaster, PA 17601 |

| P.O. No. | Terms | Due Date | Rep | Project |
|----------|-------|----------|-----|---------|
|  | Net 30 | 5/31/2003 |  |  |

| Serviced | Description | Quantity | Rate | Amount |
|----------|-------------|----------|------|--------|
| 4/29/2003 | Dean upgrade 2 office Macs | Comp   2 | 100.00 | 200.00 |
| 5/2/2003 | Doug check network | Lanc   1 | 100.00 | 100.00 |
| 5/6/2003 | Fix NUD Server and rebuild | Comp   2 | 100.00 | 200.00 |

OutSvc: TechSupp
Lanc 100.00
Comp 400.00

ENTERED 5/9/03

| | |
|---|---|
| Subtotal | $500.00 |
| Sales Tax (6.0%) | $0.00 |
| Total | $500.00 |
| Payments/Credits | $0.00 |
| **Balance Due** | $500.00 |



AMERICAN GRAPHICS INSTITUTE, INC.

Sage Advice Ltd.

5/29/2003

8165

| Date | Type | Reference | | Original Amt. | Balance Due | Discount | Payment |
|------|------|-----------|---|--------------|-------------|----------|---------|
| 05/01/2003 | Bill | 5444 | | 500.00 | 500.00 | | 500.00 |
| | | | | | | Check Amount | 500.00 |



Fulton Bank          04/29 - 05/06/03                                        500.00

SF5001-1

Safeguard

TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 717-393-3421

H39GWH0010000    L98SF021413



Sage Advice Ltd
245 Centerville Rd #5
Lancaster, PA 17603

717-390-9134

# Invoice

| Date | Invoice # |
|---|---|
| 6/6/2003 | 5486 |

| Bill To |
|---|
| American Graphics Institute |
| 205 Granite Run Drive |
| Suite 120 |
| Lancaster, PA 17601 |

| Ship To |
|---|
| American Graphics Institute |
| 205 Granite Run Drive |
| Suite 120 |
| Lancaster, PA 17601 |

| P.O. No. | Terms | Due Date | Rep | Project |
|---|---|---|---|---|
| | Net 30 | 7/6/2003 | | |

| Serviced | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| 6/6/2003 | Fix various problems, Dean | 5 | 100.00 | 500.00 |
| 6/6/2003 | Network--bad ports in switch, Doug | 2.5 | 100.00 | 250.00 |

*Out Svc: Tech Supp Corp*

ENTERED 6/10/03

| | |
|---|---|
| Subtotal | $750.00 |
| Sales Tax (6.0%) | $0.00 |
| Total | $750.00 |
| Payments/Credits | $0.00 |
| **Balance Due** | $750.00 |

AMERICAN GRAPHICS INSTITUTE, INC.

Sage Advice Ltd.

7/3/2003

8320

| Date | Type | Reference | | Original Amt. | Balance Due | Discount | | Payment |
|------|------|-----------|---|---------------|-------------|----------|---|---------|
| 06/06/2003 | Bill | 5486 | | 750.00 | 750.00 | | | 750.00 |
| | | | | | | Check Amount | | 750.00 |

American
GRAPHICS
INSTITUTE

Fulton Bank          06/06/03                                                                          750.00

SF5001-1                    TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 717-393-3421                    H29GWIH0010000   L98SF021413

Safeguard



8334

7/9/2003

ERICAN GRAPHICS INSTITUTE, INC.

dvice Ltd.

| Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|
| Bill | 5499 | 200.00 | 200.00 | | 200.00 |
| | | | | Check Amount | 200.00 |

GRAPHICS INSTITUTE

200.00

Bank 06/11/03

TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 717-393-3421

H39GWH0010000 L98SF021413

SF6001-1

Sage Advice Ltd
245 Centerville Rd #5
Lancaster, PA 17603
717-390-9134

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/13/2003 | 5499 |

**Bill To**

American Graphics Institute
205 Granite Run Drive
Suite 120
Lancaster, PA 17601

**Ship To**

American Graphics Institute
205 Granite Run Drive
Suite 120
Lancaster, PA 17601

| P.O. No. | Terms | Due Date | Rep | Project |
|----------|-------|----------|-----|---------|
| | Net 30 | 7/13/2003 | | |

| Serviced | Description | Quantity | Rate | Amount |
|----------|-------------|----------|------|--------|
| 6/11/2003 | install new switch | 2 | 100.00 | 200.00 |

*Cust Svc: Tech Supp Corp*

*ENTERED 6/11/03*

| | |
|---|---|
| Subtotal | $200.00 |
| Sales Tax (6.0%) | $0.00 |
| Total | $200.00 |
| Payments/Credits | $0.00 |
| **Balance Due** | $200.00 |