UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN GRAPHICS INSTITUTE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ACQUIRED LEARNING, INC., JUDEANN STIPE, DEAN NOVOSAT, CLARK EDWARDS, SAGE ADVICE, LTD., and CARL LEINBACH, <br><br> Defendants. | Civil Action No. 05-11857-JLT |

## AMERICAN GRAPHICS INSTITUTE, INC.'S REQUEST FOR NOTICE OF DEFAULT

Plaintiff American Graphics Institute, Inc. ("AGI") requests this Court to enter an order of default against two of defendants Acquired Learning Inc. and Sage Advice, Ltd. The form of order entitled Notice of Default is attached as Exhibit 1.

As reasons therefor, AGI states that these defendants have failed to plead or otherwise defend in this action pursuant to Rule 12 of the Federal Rules of Civil Procedure. AGI files herewith an affidavit of AGI's attorney reciting compliance with Rules 12 and 55 of the Federal Rules of Civil Procedure.

WHEREFORE, AGI respectfully requests that this Court enter an order of default against defendants, Acquired Learning Inc. and Sage Advice, Ltd.

                                        AMERICAN GRAPHICS INSTITUTE, INC.

                                        By its attorneys,

Dated: November 2, 2005            /s/ Giovanna H. Fessenden
                                        John L. DuPré  (BBO No. 549659)
                                        David J. Brody  (BBO No. 058200)
                                        Giovanna H. Fessenden (BBO No. 654681)
                                        Hamilton, Brook, Smith & Reynolds, P.C.
                                        530 Virginia Road
                                        P.O. Box 9133
                                        Concord, Massachusetts 01742-9133
                                        Telephone:  (978) 341-0036
                                        Facsimile:   (978) 341-0136

## CERTIFICATE OF SERVICE

    I, Giovanna Fessenden, hereby certify that on November 2, 2005, service of the foregoing was made on all defendants by mail.

                                        /s/ Giovanna H. Fessenden
                                        Giovanna H. Fessenden

## LOCAL RULE 7.1(A)(2) CERTIFICATION

    I, Giovanna Fessenden, hereby certify that on November 2, 2005, I conferred in good faith with Judeann Stipe, Dean Novosat and Don Solomon, counsel for Carl Leinbach, for the purpose of determining whether they would consent to entry of default against defendants Acquired Learning Inc. and Sage Advice, Ltd.  Ms. Stipe and Mr. Novosat indicated that they would not consent, and Mr. Solomon indicated that he would consent.  I have attempted to confer in good faith with Clark Edwards on November 1, 2005 and November 2, 2005, for the purpose of determining whether he would consent to entry of default against defendants Acquired Learning Inc. and Sage Advice, Ltd.  Mr. Edwards did not return my calls.

                                        /s/ Giovanna H. Fessenden
                                        Giovanna H. Fessenden

583310_1.DOC

**EXHIBIT 1**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN GRAPHICS INSTITUTE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ACQUIRED LEARNING, INC., JUDEANN STIPE, DEAN NOVOSAT, CLARK EDWARDS, SAGE ADVICE, LTD., and CARL LEINBACH,<br><br>Defendants. | Civil Action No. 05-11857 JLT |

**NOTICE OF DEFAULT**

Upon application of the Plaintiff <u>American Graphics Institute, Inc.</u> for an order of Default for failure of Defendants <u>Acquired Learning, Inc. and Sage Advice, Ltd.</u> to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendants Acquired Learning, Inc. and Sage Advice, Ltd. have defaulted this \_\_\_\_ day of _____.

                                                                                         SARAH A. THORNTON
                                                                                         CLERK OF COURT

                                                                        By: _____
                                                                                      Deputy Clerk

Notice mailed to:

Acquired Learning, Inc.
1861 Charter Lane, Suite 105
Lancaster, PA 17601

1

Sage Advice, Ltd.
1514 Quarry Lane
Lancaster, PA 17603

Judeann Stipe
1696 Pioneer Road
Lancaster, PA 17602

Dean Novosat
1514 Quary Lane
Lancaster, PA 17603


Clark Edwards
495 North Oak Street
Lititz, PA 17543


Carl Leinbach
857 Clay Avenue
Langhorne, PA 19047



584765