UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN GRAPHICS INSTITUTE, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>ACQUIRED LEARNING, INC., JUDEANN STIPE, DEAN NOVOSAT, CLARK EDWARDS, SAGE ADVICE, LTD., and CARL LEINBACH,<br><br>    Defendants. | Civil Action No. 05-11857-JLT |

**AFFIDAVIT OF ATTORNEY FOR**
**AMERICAN GRAPHICS INSTITUTE, INC.'S**
**REQUEST FOR NOTICE OF DEFAULT**

GIOVANNA H. FESSENDEN states under oath as follows:

    1.    I am an attorney representing Plaintiff American Graphics Institute, Inc. ("AGI") in the above-entitled action.

    2.    On September 14, 2005, AGI filed a Complaint against defendants, Acquired Learning, Inc, Judeann Stipe, Dean Novosat, Clark Edwards, Sage Advice, LTD., and Carl Leinbach, in the United States District Court for the District of Massachusetts, alleging violation of 18 U.S.C. § 1030(a)(4) and § 1030(a)(5), trade secret misappropriation, tortious interference with business advantage, unfair competition, breach of duty of loyalty, violation of 15 U.S.C. § 1125(a)(1), and conversion.

    3.    On September 16, 2005, Stacy Novosat accepted service on behalf of defendant Sage Advice, LTD. A copy of Sage Advice, Ltd.'s Return of Service is attached as Exhibit A.

4. On September 19, 2005, attorney Jason Morgan accepted service on behalf of defendant Acquired Learning, Inc. A copy of Acquired Learning, Inc.'s Return of Service is attached as Exhibit B.

5. Jason Morgan is the attorney of record for defendants Acquired Learning, Inc. in the co-pending lawsuit, Civil Action No. 04-12611 JLT, and Mr. Morgan advised me that he was authorized to accept service in this case on behalf of Acquired Learning, Inc.

6. Jason Morgan subsequently advised me that he is no longer representing Acquired Learning, Inc. in this matter (05-11857-JLT).

7. Pursuant to the provisions of Rule 12 of the Federal Rules of Civil Procedure, defendants had twenty days after being served with the summons and complaint within which to serve an answer to AGI's Complaint.

8. To date, Acquired Learning, Inc. and Sage Advice, Ltd. have failed to file an answer to AGI's complaint or to otherwise defend against AGI's claims.

Signed this 2nd day of November 2005 under the pains and penalties of perjury.

/s/ Giovanna H. Fessenden
Giovanna H. Fessenden (BBO No. 654681)
Hamilton, Brook, Smith & Reynolds, P.C.
530 Virginia Road
P.O. Box 9133
Concord, Massachusetts 01742-9133
Telephone: (978) 341-0036
Facsimile: (978) 341-0136

583313_1.DOC

**EXHIBIT A**

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ MASSACHUSETTS

AMERICAN GRAPHICS INSTITUTE, INC.

V.

ACQUIRED LEARNING, INC., JUDEANN STIPE,
DEAN NOVOSAT, CLARK EDWARDS,
SAGE ADVICE, LTD., AND CARL LEINBACH

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**05 CA 11857 JLT**

TO: (Name and address of Defendant)

DEAN NOVOSAT
1514 QUARRY LANE
LANCASTER, PA

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John L. DuPre, Esq.
Hamilton, Brook, Smith & Reynolds, P.C.
530 Virginia Road
P.O. Box 9133
Concord, MA 01742-9133

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE   SEP 14 2005

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | September 16, 2005 |
| NAME OF SERVER (PRINT) | TITLE |
| Melissa I. Baten | Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Served Stacy Novosat at 1514 Quarry Lane, Lancaster, PA, in person, who accepted service for her husband Dean Novosat.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/16/05
Date

Signature of Server: *Melissa I Baten*

5235 N. Front St., Harrisburg, PA  17110
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**EXHIBIT B**

Case 1:05-cv-11857-JLT    Document 29-3    Filed 11/02/2005    Page 1 of 3

≈AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     MASSACHUSETTS

AMERICAN GRAPHICS INSTITUTE, INC.

**SUMMONS IN A CIVIL ACTION**

V.

ACQUIRED LEARNING, INC., JUDEANN STIPE, DEAN NOVOSAT, CLARK EDWARDS, SAGE ADVICE, LTD., AND CARL LEINBACH

CASE NUMBER:

## 05 CA 11857 JLT

TO: (Name and address of Defendant)

ACQUIRED LEARNING, INC.
1861 CHARTER LANE, SUITE 105
LANCASTER, PA

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John L. DuPre, Esq.
Hamilton, Brook, Smith & Reynolds, P.C.
530 Virginia Road
P.O. Box 9133
Concord, MA 01742-9133

an answer to the complaint which is served on you with this summons, within    20    days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



SARAH A. THORNTON         SEP 14 2005

CLERK                                               DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE<br>September 19, 2005 |
| NAME OF SERVER (PRINT)<br>Giovanna H. Fessenden | TITLE<br>Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Defendant Acquired Learning, Inc.'s attorney, Jason Morgan, accepted service on Defendant Acquired Learning, Inc.'s behalf.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/23/05
            Date                Signature of Server

530 Virginia Road
Concord, MA 01742-9133
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.