**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **American Graphics Institute, Inc.** <br> **Plaintiff** <br><br> **V.** <br><br> **Acquired Learning, Inc., et al** <br> **Defendant** | **CIVIL ACTION** <br><br> **NO. 05-cv-11857 JLT** |

**NOTICE OF DEFAULT**

     Upon application of the Plaintiff, **American Graphics Institute, Inc.** for an order of Default for failure of the Defendants, **Acquired Learning Inc, and Sage Advice, LTD.**, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this **8th** day of **November, 2005**.

                                                                          SARAH A. THORNTON
                                                                          CLERK OF COURT


                                                              By:   **/s/ Kimberly M. Abaid**
                                                                        **Deputy Clerk**

**Notice mailed to:**
**All Attorneys of Record**

(Default Notice.wpd - 3/7/2005)