UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AMERICAN GRAPHICS INC.,
    Plaintiff,

v.

CIVIL ACTION
NO. 05-11857-JLT

ACQUIRED LEARNING SYSTEMS, ET AL
    Defendants.

## NOTICE OF DEFAULT

For failure of the Defendants, Judeann Stipe, Dean Novosat, Clark Edwards and Carl Leinbach, to appear at the Motion Hearing held on December 5, 2005 notice is hereby given that the Defendants have been defaulted this, 5th day of December 2005.

                Sarah Thornton,
                Clerk,
                      /s/
by:    _____
                Zita Lovett, Deputy Clerk

Notice mailed to:
**All parties of record**