UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN GRAPHICS INSTITUTE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ACQUIRED LEARNING, INC., JUDEANN STIPE, DEAN NOVOSAT, CLARK EDWARDS, SAGE ADVICE, LTD., and CARL LEINBACH, <br><br> Defendants. | Civil Action No. 05-11857-JLT |

**AFFIDAVIT OF GIOVANNA H. FESSENDEN FOR
AMERICAN GRAPHICS INSTITUTE, INC.'S
MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS ACQUIRED
LEARNING, INC. AND SAGE ADVICE, LTD.**

GIOVANNA H. FESSENDEN states under oath as follows:

1. I am an attorney representing Plaintiff American Graphics Institute, Inc. ("AGI") in the above-entitled action.

2. On September 14, 2005, AGI filed a Complaint against defendants, Acquired Learning, Inc, Judeann Stipe, Dean Novosat, Clark Edwards, Sage Advice, LTD., and Carl Leinbach, in the United States District Court for the District of Massachusetts, alleging violation of 18 U.S.C. § 1030(a)(4) and § 1030(a)(5), trade secret misappropriation, tortious interference with business advantage, unfair competition, breach of duty of loyalty, violation of 15 U.S.C. § 1125(a)(1), and conversion.

1

3. On September 16, 2005, Stacy Novosat accepted service on behalf of defendant Sage Advice, LTD. A copy of Sage Advice, Ltd.'s Return of Service is attached as Exhibit A.

4. On September 19, 2005, attorney Jason Morgan accepted service on behalf of defendant Acquired Learning, Inc. A copy of Acquired Learning, Inc.'s Return of Service is attached as Exhibit B.

5. Jason Morgan is the attorney of record for defendants Acquired Learning, Inc. in the co-pending lawsuit, Civil Action No. 04-12611 JLT, and Mr. Morgan advised me that he was authorized to accept service in this case on behalf of Acquired Learning, Inc.

6. Jason Morgan subsequently advised me that he is no longer representing Acquired Learning, Inc. in this matter (05-11857-JLT).

7. Pursuant to the provisions of Rule 12 of the Federal Rules of Civil Procedure, defendants had twenty days after being served with the summons and complaint within which to serve an answer to AGI's Complaint.

8. To date, Acquired Learning, Inc. and Sage Advice, Ltd. have failed to file an answer to AGI's complaint or to otherwise defend against AGI's claims.

9. On November 2, 2005, AGI filed a Motion for Request for Notice of Default against Defendants and sent a copy of such Motion to Defendants at that time.

10. On November 8, 2005, default was entered by this Court pursuant to Federal Rule of Civil Procedure 55(a).

11. To the best of my knowledge and belief, neither Defendant is in the military service or is an infant or incompetent.

Signed this 8th day of December 2005 under the pains and penalties of perjury.

   /s/ Giovanna H. Fessenden
Giovanna H. Fessenden (BBO No. 654681)
Hamilton, Brook, Smith & Reynolds, P.C.
530 Virginia Road
P.O. Box 9133
Concord, Massachusetts 01742-9133
Telephone: (978) 341-0036
Facsimile: (978) 341-0136

591326_1.DOC

EXHIBIT A

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     MASSACHUSETTS

AMERICAN GRAPHICS INSTITUTE, INC.

V.

ACQUIRED LEARNING, INC., JUDEANN STIPE, DEAN NOVOSAT, CLARK EDWARDS, SAGE ADVICE, LTD., AND CARL LEINBACH

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

# 05 CA 11857 JLT

TO: (Name and address of Defendant)

DEAN NOVOSAT
1514 QUARRY LANE
LANCASTER, PA

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John L. DuPre, Esq.
Hamilton, Brook, Smith & Reynolds, P.C.
530 Virginia Road
P.O. Box 9133
Concord, MA 01742-9133

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON             SEP 14 2005

CLERK                                                     DATE



(By) DEPUTY CLERK

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE September 16, 2005 |
| NAME OF SERVER (PRINT) Melissa I. Baten | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Served Stacy Novosat at 1514 Quarry Lane, Lancaster, PA, in person, who accepted service for her husband Dean Novosat.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 9/16/05
Date

Signature of Server

5235 N. Front St., Harrisburg, PA 17110
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

EXHIBIT B

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     MASSACHUSETTS

AMERICAN GRAPHICS INSTITUTE, INC.

V.

ACQUIRED LEARNING, INC., JUDEANN STIPE, DEAN NOVOSAT, CLARK EDWARDS, SAGE ADVICE, LTD., AND CARL LEINBACH

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**05 CA 11857 JLT**

TO: (Name and address of Defendant)

CLARK EDWARDS
495 NORTH OAK STREET
LITITZ, PA

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John L. DuPre, Esq.
Hamilton, Brook, Smith & Reynolds, P.C.
530 Virginia Road
P.O. Box 9133
Concord, MA 01742-9133

an answer to the complaint which is served on you with this summons, within    20    days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



SARAH A. _____

CLERK

(By) DEPUTY CLERK

DATE     SEP 14 2005

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE<br>September 19, 2005 |
| NAME OF SERVER *(PRINT)*<br>Giovanna H. Fessenden | TITLE<br>Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):   Defendant Clark Edwards' attorney, Jason Morgan, accepted service on Defendant Clark Edwards' behalf.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   9/23/05
                *Date*

*Signature of Server*

530 Virginia Road
Concord, MA 01742-9133

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**EXHIBIT C**

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ MASSACHUSETTS

AMERICAN GRAPHICS INSTITUTE, INC.

V.

ACQUIRED LEARNING, INC., JUDEANN STIPE,
DEAN NOVOSAT, CLARK EDWARDS,
SAGE ADVICE, LTD., AND CARL LEINBACH

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

## 05 CA 11857 JLT

TO: (Name and address of Defendant)

DEAN NOVOSAT
1514 QUARRY LANE
LANCASTER, PA

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John L. DuPre, Esq.
Hamilton, Brook, Smith & Reynolds, P.C.
530 Virginia Road
P.O. Box 9133
Concord, MA 01742-9133

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

SEP 14 2005

CLERK                                    DATE

(By) DEPUTY CLERK



AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE<br>September 19, 2005 |
| NAME OF SERVER *(PRINT)*<br>Giovanna H. Fessenden | TITLE<br>Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Defendant Dean Novosat's attorney, Jason Morgan, accepted service on Defendant Dean Novosat's behalf.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   9/23/05   _____
             Date            Signature of Server

                    530 Virginia Road
                    Concord, MA 01742-9133
                    Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

EXHIBIT D

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     MASSACHUSETTS

AMERICAN GRAPHICS INSTITUTE, INC.

V.

ACQUIRED LEARNING, INC., JUDEANN STIPE, DEAN NOVOSAT, CLARK EDWARDS, SAGE ADVICE, LTD., AND CARL LEINBACH

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**05 CA 11857 JLT**

TO: (Name and address of Defendant)

JUDEANN STIPE
1696 PIONEER ROAD
LANCASTER, PA

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John L. DuPre, Esq.
Hamilton, Brook, Smith & Reynolds, P.C.
530 Virginia Road
P.O. Box 9133
Concord, MA 01742-9133

an answer to the complaint which is served on you with this summons, within   20   days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

SEP 14 2005

CLERK                                            DATE

(By) DEPUTY CLERK

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| | RETURN OF SERVICE | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE September 19, 2005 | |
| NAME OF SERVER *(PRINT)* Giovanna H. Fessenden | TITLE Attorney | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):  Defendant Judeann Stipe's attorney, Jason Morgan, accepted service on Defendant Judeann Stipe's behalf.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   9/23/05
            *Date*      *Signature of Server*

530 Virginia Road
Concord, MA 01742-9133
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**EXHIBIT E**

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ MASSACHUSETTS

AMERICAN GRAPHICS INSTITUTE, INC.

V.

ACQUIRED LEARNING, INC., JUDEANN STIPE,
DEAN NOVOSAT, CLARK EDWARDS,
SAGE ADVICE, LTD., AND CARL LEINBACH

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**05 CA 11857 JLT**

TO: (Name and address of Defendant)

ACQUIRED LEARNING, INC.
1861 CHARTER LANE, SUITE 105
LANCASTER, PA

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John L. DuPre, Esq.
Hamilton, Brook, Smith & Reynolds, P.C.
530 Virginia Road
P.O. Box 9133
Concord, MA 01742-9133

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE    SEP 14 2005

≋AO 440 (Rev. 8/01) Summons in a Civil Action

|  | RETURN OF SERVICE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE<br>September 19, 2005 |
| NAME OF SERVER (PRINT)<br>Giovanna H. Fessenden | TITLE<br>Attorney |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):  Defendant Acquired Learning, Inc.'s attorney, Jason Morgan, accepted service on Defendant Acquired Learning, Inc.'s behalf.

STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/23/05
            Date          Signature of Server

530 Virginia Road
Concord, MA 01742-9133
    Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.