American Graphics Inc
Plaintiff

Civil Action No. 05-11857-JLT

Dean Novosat
Defendant

December 12, 2005

To whom it may concern,

On December 8th I received a letter from the US District Court of Massachusetts regarding the above case number. I was informed that Judge Tauro had issued a Notice of Default against me for failure to appear at a Motion Hearing scheduled December 5th.

I was never notified of this hearing by opposing counsel or the court and therefore had no way to know that my presence was mandatory. Since, I cannot afford legal representation at this time. I will be acting on my own behalf. If I had been properly notified, I would have attended this hearing.

I am asking the court to have the Notice of Default lifted. In addition, I ask the court to lift the Standing Order for Default Judgment.

If I need to file this some other way, please contact me at the address or phone number given below.

Sincerely,

Dean Novosat
1514 Quarry Lane
Lancaster PA 17603
717-390-9024