American Graphics Inc
Plaintiff

Civil Action No. 05-11857-JLT

Judeann Stipe
Defendant

To whom it may concern,

On December 8th I received a letter from the US District Court of Massachusetts regarding the above case number. I was informed that Judge Tauro had issued a Notice of Default against me for failure to appear at a Motion Hearing scheduled December 5th.

I was not notified of this hearing by opposing counsel or the court and therefore had no way to know that my presence was mandatory. I cannot afford legal representation and have been acting on my own behalf. If I had been notified properly, I would have attended this hearing.

I am asking the court to have the Notice of Default lifted. In addition, I ask the court to lift the Standing Order for Default Judgment.

If I need to file this some other way, please let me know.

Sincerely,
Judeann Stipe
December 12, 2005