American Graphics Inc
Plaintiff

Civil Action No. 05-11857-JLT

Dean Novosat
Defendant

December 15, 2005

Dear Zita Lovett,

In reference to the above action, I am asking for teleconference hearings for the reasons listed below:

1. I cannot afford representation so I have to represent myself. Since I live in Pennsylvania, it would create extreme personal and financial hardship to have to travel to Boston to attend hearings.
2. All the defendants named in this case are from Pennsylvania. A change of venue to a Pennsylvania court would seem to be in order.
3. A telephone conference hearing would allow me to defend myself without having the hardship to travel to Boston.

I am requesting the court to accommodate all the defendants in this matter.

Sincerely,

Dean Novosat
1514 Quarry Lane
Lancaster PA 17603
717-390-9024

cc: Giovanna Fessenden
The Honorable Joseph L. Tauro
Zita Lovett