UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN GRAPHICS INSTITUTE, INC.<br>Plaintiff,<br><br>v.<br><br>ACQUIRED LEARNING, INC., JUDEANN STIPE, DEAN NOVOSAT, CLARK EDWARDS, SAGE ADVICE LTD. and CARL LEINBACH,<br>Defendants. | Civil Action No. 05-11857 JLT |

## AFFIDAVIT OF DEAN NOVOSAT IN OBJECTION TO PLAINTIFF AMERICAN GRAPHIC INSTITUTES OBJECTION TO DEFENDANTS REQUEST TO SET ASIDE DEFAULT

I, Dean Novosat, hereby oppose the objection of Plaintiff American Graphics Institute to set aside the default based upon the following facts:

1. Default has been already been filed against Acquired Learning, Inc because Acquired Learning, Inc. is no longer in business.

2. Default has been already been filed against Sage Advice Ltd. because Sage Advice Ltd. does not have the financial resources to mount a defense, not for reasons of admission to guilt.

3. There is good cause for the removal of default since I was never notified either by telephone, email, fax, or letter, that a hearing had been scheduled. If I had been notified that a hearing was to be held, I could have represented myself, or hired counsel to represent me at the hearing. This, in itself, is sufficient reason to remove the default.

4. I was totally unaware that a hearing had been scheduled and I was unaware that I needed to be present at any such hearings.

     5. In Plaintiff's affidavit "Plaintiff American Graphic Institute's Objection to Defendants Judeann Stipe and Dean Novosat's Request to Set Aside Default", page three and four incorrectly states that Attorney Jason Morgan represents me in this case. This is false. Attorney Morgan represents me in another case in the Court, Civil Action No. 04-12611-JLT. Attorney Morgan has already contacted Plaintiff's counsel to correct this inaccurate information.

     6. Defendant's Stipe's admission to accessing the AGI database in no way implies that Sage Advice Ltd or I, Dean Novosat, ever accessed AGI's database. In fact, I have vehemently opposed and continue to oppose any such charges. I simply did no wrongdoing in this case, which a trial would prove.

## CONCLUSION

For the above stated reasons, Plaintiff Dean Novosat demonstrates good cause for removal of default. Since there was no notice given to Plaintiff of any hearing, whether mandatory or not, the default judgment must be lifted.

Dated December 28, 2005

*/s/ Dean Novosat*

Dean Novosat

Defendant
1514 Quarry Lane
Lancaster, PA 17603
717-390-9024

*/s/ Barbara E Ecenrode*

Notary Witness

Commonwealth of Pennsylvania
NOTARIAL SEAL
BARBARA E. ECENRODE, Notary Public
East Hempfield Twp., Lancaster Co., PA
My Commission Expires April 23, 2008

## CERIFICATE OF SERVICE

I, Dean Novosat, hereby certify that on December 28, 2005, service of the foregoing was made on Plaintiff's counsel by email.