UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN GRAPHICS INSTITUTE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ACQUIRED LEARNING, INC., JUDEANN STIPE, DEAN NOVOSAT, CLARK EDWARDS, SAGE ADVICE, LTD., and CARL LEINBACH,<br><br>Defendants. | Civil Action No. 05-11857-JLT |

### AFFIDAVIT OF GIOVANNA H. FESSENDEN IN SUPPORT OF PLAINTIFF AMERICAN GRAPHICS INSTITUTE, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS JUDEANN STIPE AND DEAN NOVOSAT

GIOVANNA H. FESSENDEN states under oath as follows:

1. I am an attorney representing Plaintiff American Graphics Institute, Inc. ("AGI") in the above-entitled action.

2. On September 14, 2005, AGI filed a Complaint against defendants, Acquired Learning, Inc, Judeann Stipe, Dean Novosat, Clark Edwards, Sage Advice, LTD., and Carl Leinbach, in the United States District Court for the District of Massachusetts, alleging violation of 18 U.S.C. § 1030(a)(4) and § 1030(a)(5), trade secret misappropriation, tortious interference with business advantage, unfair competition, breach of duty of loyalty, violation of 15 U.S.C. § 1125(a)(1), and conversion.

1

3. On September 19, 2005, attorney Jason Morgan accepted service on behalf of defendant Judeann Stipe. A copy of Judeann Stipe's Return of Service is attached as Exhibit A.

4. On September 19, 2005, attorney Jason Morgan accepted service on behalf of defendant Dean Novosat. A copy of Dean Novosat's Return of Service is attached as Exhibit B.

5. Pursuant to the provisions of Rule 12 of the Federal Rules of Civil Procedure, defendants had twenty days after being served with the summons and complaint within which to serve an answer to AGI's Complaint.

6. On October 19, 2005, more than twenty days after being served with the summons and complaint, defendants Judeann Stipe and Dean Novosat filed an answer to the complaint.

7. On September 26, 2005, AGI filed a Motion for Preliminary Injunction and a memorandum of law in support of its Motion for Preliminary Injunction.

8. On November 10, 2005, the Court issued a Notice that a hearing on AGI's Motion for Preliminary Injunction would be held at 10:00AM on December 5, 2005.

9. On December 5, 2005, AGI appeared before the Court in order to present its argument in support of granting the Motion for Preliminary Injunction. Defendants Judeann Stipe, Dean Novosat, Clark Edwards, and Carl Leinbach failed to appear at this hearing. As a result, the Court entered a Notice of Default as to Defendants Judeann Stipe, Dean Novosat, Clark Edwards, and Carl Leinbach.

10. To the best of my knowledge and belief, neither Defendant is in the military service or is an infant or incompetent.

Signed this 4th day of January 2006 under the pains and penalties of perjury.

  /s/ Giovanna H. Fessenden
Giovanna H. Fessenden (BBO No. 654681)
Hamilton, Brook, Smith & Reynolds, P.C.
530 Virginia Road
P.O. Box 9133
Concord, Massachusetts 01742-9133
Telephone:  (978) 341-0036
Facsimile:   (978) 341-0136

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 4, 2006.

  /s/Giovanna H. Fessenden
Giovanna H. Fessenden

596385_1.DOC

3

EXHIBIT A

Case 1:05-cv-11857-JLT   Document 45-2   Filed 01/04/2006   Page 1 of 3

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     MASSACHUSETTS

AMERICAN GRAPHICS INSTITUTE, INC.

**SUMMONS IN A CIVIL ACTION**

V.

ACQUIRED LEARNING, INC., JUDEANN STIPE, DEAN NOVOSAT, CLARK EDWARDS, SAGE ADVICE, LTD., AND CARL LEINBACH

CASE NUMBER:

**05 CA 11857 JLT**

TO: (Name and address of Defendant)

JUDEANN STIPE
1696 PIONEER ROAD
LANCASTER, PA

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John L. DuPre, Esq.
Hamilton, Brook, Smith & Reynolds, P.C.
530 Virginia Road
P.O. Box 9133
Concord, MA 01742-9133

an answer to the complaint which is served on you with this summons, within   **20**   days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



CLERK

(By) DEPUTY CLERK

DATE    SEP 14 2005

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE<br>September 19, 2005 |
| NAME OF SERVER *(PRINT)*<br>Giovanna H. Fessenden | TITLE<br>Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Defendant Judeann Stipe's attorney, Jason Morgan, accepted service on Defendant Judeann Stipe's behalf.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL  $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/23/05
            *Date*        *Signature of Server*

530 Virginia Road
Concord, MA 01742-9133
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**EXHIBIT B**

◎AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ MASSACHUSETTS _____

AMERICAN GRAPHICS INSTITUTE, INC.

V.

ACQUIRED LEARNING, INC., JUDEANN STIPE,
DEAN NOVOSAT, CLARK EDWARDS,
SAGE ADVICE, LTD., AND CARL LEINBACH

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

## 05 CA 11857 JLT

TO: (Name and address of Defendant)

DEAN NOVOSAT
1514 QUARRY LANE
LANCASTER, PA

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John L. DuPre, Esq.
Hamilton, Brook, Smith & Reynolds, P.C.
530 Virginia Road
P.O. Box 9133
Concord, MA 01742-9133

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

SEP 14 2005

CLERK

(By) DEPUTY CLERK

DATE



AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE September 19, 2005 |
| NAME OF SERVER (PRINT) Giovanna H. Fessenden | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Defendant Dean Novosat's attorney, Jason Morgan, accepted service on Defendant Dean Novosat's behalf.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/23/05
            Date          Signature of Server

530 Virginia Road
Concord, MA 01742-9133
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.