UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN GRAPHICS INSTITUTE, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>ACQUIRED LEARNING, INC., JUDEANN STIPE, DEAN NOVOSAT, CLARK EDWARDS, SAGE ADVICE, LTD., and CARL LEINBACH,<br><br>    Defendants. | Civil Action No. 05-11857-JLT |

## NOTICE OF DISMISSAL OF CARL LEINBACH
## UNDER RULE 41(A) FED. R. CIV. P., WITHOUT PREJUDICE

Pursuant to Rule 41(a) Fed. R. Civ. P., Plaintiff American Graphics Institute, Inc. hereby dismisses Carl Leinbach from this action, without prejudice. Defendant Carl Leinbach has not served an answer or a motion for summary judgment in this action.

                                                AMERICAN GRAPHICS INSTITUTE, INC.
                                                AND CHRISTOPHER SMITH

                                                By their attorneys,

                                                /s/ Giovanna H. Fessenden
                                                John L. DuPré (BBO No. 549659)
                                                Giovanna H. Fessenden (BBO No. 654681)
                                                Hamilton, Brook, Smith & Reynolds, P.C.
                                                530 Virginia Road
                                                P.O. Box 9133
                                                Concord, Massachusetts 01742-9133
                                                Telephone:  (978) 341-0036
                                                Facsimile:   (978) 341-0136

Dated: January 4, 2006

## CERTIFICATE OF SERVICE

      I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 4, 2006.

                                            /s/Giovanna H. Fessenden
                                              Giovanna H. Fessenden

596396