UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN GRAPHICS INSTITUTE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ACQUIRED LEARNING, INC., JUDEANN STIPE, DEAN NOVOSAT, CLARK EDWARDS, SAGE ADVICE, LTD., and CARL LEINBACH, <br><br> Defendants. | Civil Action No. 05-11857-JLT |

### NOTICE OF HEARING

To: Acquired Learning, Inc.
1861 Charter Lane, Suite 105
Lancaster, PA 17601

Sage Advice, Ltd.
1514 Quarry Lane
Lancaster, PA 17603

Ms. Judeann Stipe
1696 Pioneer Road
Lancaster, PA 17602

Mr. Dean Novosat
1514 Quarry Lane
Lancaster, PA 17603-2467

Mr. Clark Edwards
495 North Oak Street
Lititz, PA 17543

Notice is hereby given that the attached Notice issued for a Motion Hearing/Status Conference to be held on June 29 at 12:30 in Courtroom 20 before Judge Joseph L. Tauro in the above-captioned case.

                          AMERICAN GRAPHICS INSTITUTE, INC.

                          By their attorneys,

Dated: June 26, 2006           /s/ Giovanna H. Fessenden
                                       John L. DuPré   (BBO No. 549659)
                                       David J. Brody   (BBO No. 058200)
                                       Giovanna H. Fessenden (BBO No. 654681)
                                       Hamilton, Brook, Smith & Reynolds, P.C.
                                       530 Virginia Road
                                       P.O. Box 9133
                                       Concord, Massachusetts 01742-9133
                                       Telephone:  (978) 341-0036
                                       Facsimile:  (978) 341-0136

## CERTIFICATE OF SERVICE

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by Federal Express overnight delivery to those indicated as non registered participants on June 26, 2006.

                                                /s/ Giovanna H. Fessenden
                                                Giovanna H. Fessenden

633490

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AMERICAN GRAPHICS INSTITUTE, INC.,

Plaintiff,

v.

ACQUIRED LEARNING, INC., JUDEANN
STIPE, DEAN NOVOSAT, CLARK
EDWARDS, SAGE ADVICE, LTD., and
CARL LEINBACH,

Defendants.

Civil Action No. 05-11857-JLT

**NOTICE OF HEARING**

To: Acquired Learning, Inc.
1861 Charter Lane, Suite 105
Lancaster, PA 17601

Sage Advice, Ltd.
1514 Quarry Lane
Lancaster, PA 17603

Ms. Judeann Stipe
1696 Pioneer Road
Lancaster, PA 17602

Mr. Dean Novosat
1514 Quarry Lane
Lancaster, PA 17603-2467

Mr. Clark Edwards
495 North Oak Street
Lititz, PA 17543

Notice is hereby given that the attached Notice issued for a Motion Hearing/Status Conference to be held on June 29 at 12:30 in Courtroom 20 before Judge Joseph L. Tauro in the above-captioned case.

AMERICAN GRAPHICS INSTITUTE, INC.

By their attorneys,

Dated: June 26, 2006

/s/ Giovanna H. Fessenden
John L. DuPré   (BBO No. 549659)
David J. Brody   (BBO No. 058200)
Giovanna H. Fessenden (BBO No. 654681)
Hamilton, Brook, Smith & Reynolds, P.C.
530 Virginia Road
P.O. Box 9133
Concord, Massachusetts 01742-9133
Telephone:  (978) 341-0036
Facsimile:   (978) 341-0136

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by Federal Express overnight delivery to those indicated as non registered participants on June 26, 2006.

/s/ Giovanna H. Fessenden
Giovanna H. Fessenden

633490

2