UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| AMERICAN GRAPHICS INSTITUTE, INC., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 05-11857-JLT |
| | * | |
| | * | |
| ACQUIRED LEARNING, INC., JUDEANN | * | |
| STIPE, DEAN NOVOSAT, CLARK EDWARDS, | * | |
| SAGE ADVICE, LTD., and CARL LEINBACH, | * | |
| | * | |
| Defendants. | * | |

## ORDER

June 29, 2006

TAURO, J.

    After a Hearing held on June 29, 2006, this court hereby orders that:

1.    Plaintiff American Graphics Institute and Defendants Stipe and Novosat shall report to this court by September 27, 2006 regarding the status of their settlement negotiations.

IT IS SO ORDERED.

          /s/ Joseph L. Tauro
United States District Judge