UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| AMERICAN GRAPHICS INSTITUTE INC., <br> Plaintiff, <br> v. <br> JUDEANN STIPE AND DEAN NOVOSTAT, <br> Defendants. | * * * * * * * * * | Civil Action No. 05-111857-JLT |

ORDER

October 25, 2006

TAURO, J.

After a Conference held on October 24, 2006, this court hereby orders that:

1. Parties shall commence discovery;

2. Discovery must be completed by January 8, 2007;

3. A Final Pretrial Conference will be held on January 16, 2007 at 10:00 am.

IT IS SO ORDERED.

/s/ Tauro
United States District Judge