UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN GRAPHICS  INSTITUTE, INC., | |
| Plaintiff, | Civil Action No. 05-11857 JLT |
| v. | |
| ACQUIRED LEARNING, INC., JUDEANN STIPE, DEAN NOVOSAT, CLARK EDWARDS, SAGE ADVICE, LTD. and CARL LEINBACH, | |
| Defendants. | |

**AFFIDAVIT OF CHRISTOPHER SMITH IN SUPPORT OF
PLAINTIFF AGI'S MOTION FOR SUMMARY JUDGMENT**

CHRISTOPHER SMITH states under oath as follows:

1.      I am the president and co-founded of the Plaintiff, American Graphics Institute,

Inc. ("AGI").

**AGI Has Incurred Significant Remedial and Investigative Costs as a Result of Defendants'
Unlawful Activities**

2.      As a result of defendants' unlawful activities, AGI has incurred remedial and

investigative expenses totaling approximately $34,000.

3.      For example, in response to the breach of AGI's databases, AGI engaged its

information technology ("IT") service provider to reset permission, passwords, and security

privileges.  AGI also had its IT service provider install new routers and firewalls totaling at least

$8,597.29.  In addition, AGI hired other service providers in its effort to remedy the damage

done by the defendants.  Examples receipts of these expenses incurred by AGI are attached as Exhibit 1.

4.      AGI also hired Elysium Digital, LLC to determine whether AGI's computer systems have been compromised.  As shown in Exhibit 2, AGI has incurred investigative costs of over $5,000.

**Stipe Was Not Employed By AGI When She Stole Over 22,500 Confidential Customer Records From AGI's Customer Database**

5.      Attached hereto as Exhibit 3 are copies of Judean Stipe's September 24, 2004 federal bankruptcy papers in which she states that she was not employed on July 2, 2006.

6.      As I discuss at length in my affidavit filed in support of AGI's motion for preliminary injunction on September 26, 2005, on July 2, 2006, Judeann Stipe exported over 22,500 confidential customer records from AGI's confidential customer database, including all AGI's confidential records of customers from New York, New Jersey, Washington D.C., Pennsylvania, and Maryland.  This activity was confirmed by our forensic experts Elysium Digital.

7.      Judeann Stipe accessed AGI's servers and exported these confidential customer records without AGI's permission.


Signed this 21 day of November 2006 under the pains and penalties of perjury.


/s/ Christopher Smith
Christopher Smith

**Exhibit 1**



**mantra**

COMPUTING, INC

To

American Graphics Institute
444 Washington Street
Suite 412
Woburn  MA  01801

**Our Reference**   1633

**Purchase Order No**

Requested:   **AGI Network Security Upgrade**
**-Rebuild Security Settings and add redundancy for Dell Server**
**-Reconfigure all security settings on FTP Server**
**-Install Sonicwall TZ 170 Firewall, and reliable Wi-Fi (Load balance & Failover)**
**-Install and configure new security settings for all users**
**-Setup PPTP VPN through Windows 2003 for secure VPN access from Windows and Mac clients**
**-Install and setup Retrospect backup software with internal IDE AIT tape drive**
**-Setup 4 week incremental rotation with Proactive backup schedule with daily duplicate backup**
**-Create duplicate backup of database to external drives**

| Type | Reference | Description | Qty | Unit Price | Tax | Total |
|------|-----------|-------------|-----|-----------|-----|-------|
| Labor | 1633 | Perform all tasks for Network Infrastructure Upgr | 16.00 | 125.00 | 0.00 | 2,000.00 |
| Labor | 1633 | Testing, Documentation and Follow-up support | 4.00 | 125.00 | 0.00 | 500.00 |
| Parts | 1 | PCI SATA RAID1 Card | 1.00 | 90.00 | 0.00 | 90.00 |
| Parts | 2 | Hitachi 250GB SATA Drive | 2.00 | 140.00 | 0.00 | 280.00 |
| Parts | 3 | Serv-U FTP Server Std. | 1.00 | 50.00 | 0.00 | 50.00 |
| Parts | 4 | SonicWall TZ Wireless Unlimited | 1.00 | 850.00 | 0.00 | 850.00 |
| Parts | 5 | Retrospect 7 Single Server | 1.00 | 500.00 | 0.00 | 500.00 |
| Parts | 6 | Sony AIT-2 IDE Tape Drive | 1.00 | 1,149.00 | 0.00 | 1,149.00 |
| Parts | 7 | Sony AIT Media | 5.00 | 59.00 | 0.00 | 295.00 |
| Parts | 8 | Sonicwall 8x5 Support 1Year | 1.00 | 135.00 | 0.00 | 135.00 |

Totals          0.00   5,849.00

*Computer and network support for the small business... your freedom to focus.*

*Mantra Computing, Inc.   233 Needham Street, 3rd Floor,   Newton, MA 02464*

**Thrive Networks, Inc.**
**2352 Main Street, Suite 200**
**Concord, MA 01742**
**978-461-3999**



| Bill To: |
| --- |
| American Graphics Institute |
| 444 Washington Street |
| Suite 412 |
| Woburn, MA 01801 |

| Date | Invoice |
| --- | --- |
| 8/31/2005 | 10527 |
| Account | |
| American Graphics Institute | |

| Terms | Due Date | PO Number | Reference |
| --- | --- | --- | --- |
| Net 20 days | 9/20/2005 | | |

| | Work Type | Staff | Hours | Rate | Amount |
| --- | --- | --- | --- | --- | --- |
| Agreement Billable Time: T&M_08-22-2005 | | | | | |
| Services | Other Onsite | David Woods | 3.00 | 165.00 | 495.00 |
| Services | Other Onsite | Steve Liona | 9.00 | 165.00 | 1,485.00 |
| | | | | **Total Services:** | **1,980.00** |

| Expenses | Staff | Price |
| --- | --- | --- |
| Agreement Billable Expenses: T&M_08-22-2005 | | |
| Small Items Purchased | David Woods | 73.49 |
| | **Total Expenses:** | **73.49** |

| Make checks payable to Thrive Networks, Inc. | Invoice Subtotal: | 2,053.49 |
| --- | --- | --- |
| | Sales Tax: | 0.00 |
| | **Invoice Total:** | **2,053.49** |

For billing questions, please call Accounts Receivable at 978-461-3999 x141.
For your convenience, Thrive accepts credit card payment. The pricing on this invoice includes a 3% discount for payment by check that would not apply to a credit card payment.

Thank you for your business.

**Thrive Networks, Inc.**
**2352 Main Street, Suite 200**
**Concord, MA 01742**
**978-461-3999**



| Bill To: |
|---|
| American Graphics Institute |
| 444 Washington Street |
| Suite 412 |
| Woburn, MA 01801 |

| Date | Invoice |
|---|---|
| 9/30/2005 | 10849 |
| **Account** | |
| American Graphics Institute | |

| Terms | Due Date | PO Number | Reference |
|---|---|---|---|
| Net 20 days | 10/20/2005 | | |

| | Work Type | Staff | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Agreement Billable Time: T&M_08-22-2005 | | | | | |
| Services | Other Onsite | Steve Liona | 2.00 | 165.00 | 330.00 |
| | | | | **Total Services:** | **330.00** |

| | | |
|---|---|---|
| | Invoice Subtotal: | 330.00 |
| Make checks payable to Thrive Networks, Inc. | Sales Tax: | 0.00 |
| | Invoice Total: | 330.00 |

For billing questions, please call Accounts Receivable at 978-461-3999 x141.
For your convenience, Thrive accepts credit card payment. The pricing on this invoice includes a 3% discount for payment by check that would not apply to a credit card payment.

Thank you for your business.

| Customer ID | PO Number | Invoice Number | Due Date | |
|---|---|---|---|---|
| AME071 | CS92905 | P051029 | 11/17/2005 | Net 30 |

| Item | Description | Quantity | Unit Price | Unit of Measure | Extended |
|---|---|---|---|---|---|
| MP | Merge/Purge Processing | 27.979 | 2.50 | M | 69.95 |
| MP | Merge/Purge Processing | 27.979 | 2.50 | M | 69.95 |
| MP | Merge/Purge Processing | 27.979 | 2.50 | M | 69.95 |
| MP | Merge/Purge Processing | 27.979 | 2.50 | M | 69.95 |
| MP-SETUP | Merge/Purge File Setup | 8.000 | 10.00 | EACH | 80.00 |
| ETF | Electronic Transmission Fee | 1.000 | 5.00 | EACH | 5.00 |

Finance charges (1.5% per month) are applied to all overdue accounts.

## Please detach and return the stub at the top with your payment!

| | Total Due | $364.80 |
|---|---|---|



We provide more timely and accurate information to the business community by sharing our Accounts Receivables information with Dun & Bradstreet.

Peachtree Data, Inc.    1854 Shackleford Court, Suite 450 · Norcross, Georgia 30093-2984 · Voice: 678.987.4600 · Fax: 678.987.5600 · Web: peachtreedata.com

Elysium Digital, L.L.C.

# Invoice

Ten Canal Park, First Floor
Cambridge, MA  02141-2201
Tax ID# 22-3518461

| Date | Invoice # |
|------|-----------|
| 10/31/2005 | ED-10692 |

| Bill To |
|---------|
| John L. Dupre<br>Hamilton Brook Smith & Reynolds, P.C.<br>530 Virginia Road<br>PO Box 9133<br>Concord, MA 01742-9133 |

| P.O. No. | Terms | Project |
|----------|-------|---------|
|  | Net 30 | AGI |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
|  | laptop hard drive | 75.00 | 75.00 |
|  | fedex - 404350694 HBSR:AGI Laptop R 01801 | 16.23 | 16.23 |
|  | courier | 44.12 | 44.12 |
|  | Total Reimbursable Expenses |  | 135.35 |

| | **Total** | $135.35 |

**Exhibit 2**

Elysium Digital, L.L.C.

# Invoice

Ten Canal Park, First Floor
Cambridge, MA  02141-2201
Tax ID# 22-3518461

| Date | Invoice # |
|------|-----------|
| 9/30/2005 | ED-10652 |

**PAID**

**Bill To**

John L. Dupre
Hamilton Brook Smith & Reynolds, P.C.
530 Virginia Road
PO Box 9133
Concord, MA 01742-9133

| P.O. No. | Terms | Project |
|----------|-------|---------|
|  | Net 30 | AGI |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 5.5 | Consulting Rate for SGS | 160.00 | 880.00 |
| 19 | Consulting Rate for JHE | 210.00 | 3,990.00 |

| | **Total** | $4,870.00 |
|--|-----------|-----------|

November 21, 2006

# Elysium Digital, L.L.C.
# Billed Time Detail

| Date | Name | Duration | Notes |
|------|------|----------|-------|
| **HBSR:AGI** | | | |
| **E4-S** | | | |
| 9/1/2005 | Eaddy, Jason H. | 1.00 | site visit preparations |
| 9/2/2005 | Eaddy, Jason H. | 2.50 | site visit |
| 9/6/2005 | Eaddy, Jason H. | 1.00 | research |
| 9/7/2005 | Eaddy, Jason H. | 2.00 | research and testing |
| 9/8/2005 | Eaddy, Jason H. | 2.00 | research, testing, and affidavit |
| 9/9/2005 | Eaddy, Jason H. | 3.00 | site visit and affidavit |
| 9/12/2005 | Eaddy, Jason H. | 1.50 | affidavit |
| 9/16/2005 | Eaddy, Jason H. | 1.00 | laptop pickup |
| 9/23/2006 | Eaddy, Jason H. | 1.50 | drive imaging |
| 9/27/2005 | Eaddy, Jason H. | 1.00 | image tasks |
| 9/29/2005 | Eaddy, Jason H. | 1.00 | data review |
| 9/30/2005 | Eaddy, Jason H. | 1.50 | data review |
| Total E4-S | | 19.00 | |
| | | | |
| **E9-S** | | | |
| 9/1/2005 | Schwartzberg, Stev... | 1.50 | initial call and preparation for on site visit |
| 9/2/2005 | Schwartzberg, Stev... | 2.00 | onsite work -- data collection |
| 9/7/2005 | Schwartzberg, Stev... | 1.50 | EVT debugging, extraction, analysis |
| 9/13/2005 | Schwartzberg, Stev... | 0.50 | reading affadavit, case meeting to determine how to handle additional requests |
| Total E9-S | | 5.50 | |
| | | | |
| Total HBSR:AGI | | 24.50 | |
| | | | |
| **TOTAL** | | **24.50** | |

Elysium Digital, L.L.C.

Ten Canal Park, First Floor
Cambridge, MA  02141-2201
Tax ID# 22-3518461

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/31/2005 | ED-10692 |

**PAID**

| Bill To |
|---------|
| John L. Dupre<br>Hamilton Brook Smith & Reynolds, P.C.<br>530 Virginia Road<br>PO Box 9133<br>Concord, MA 01742-9133 |

| P.O. No. | Terms | Project |
|----------|-------|---------|
|  | Net 30 | AGI |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
|  | laptop hard drive | 75.00 | 75.00 |
|  | fedex - 404350694 HBSR:AGI Laptop R 01801 | 16.23 | 16.23 |
|  | courier | 44.12 | 44.12 |
|  | Total Reimbursable Expenses |  | 135.35 |

| **Total** | $135.35 |
|-----------|---------|

**Exhibit 3**

(Official Form 1) (12/03)

| FORM B1 | **United States Bankruptcy Court**<br>Eastern District of Pennsylvania | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Stipe, Judeann Sara** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): **xxx-xx-9448** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**1696 Pioneer Road<br>Lancaster, PA 17602** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:    **Lancaster** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor
(if different from street address above):

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|
| ■ Individual(s)       ☐ Railroad<br>☐ Corporation      ☐ Stockbroker<br>☐ Partnership      ☐ Commodity Broker<br>☐ Other_____      ☐ Clearing Bank | ■ Chapter 7      ☐ Chapter 11      ☐ Chapter 13<br>☐ Chapter 9      ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| ■ Consumer/Non-Business      ☐ Business | ■ Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under<br>   11 U.S.C. § 1121(e) (Optional) | ☐ Filing Fee to be paid in installments (Applicable to individuals only.)<br>   Must attach signed application for the court's consideration<br>   certifying that the debtor is unable to pay fee except in installments.<br>   Rule 1006(b). See Official Form No. 3. |

**Statistical/Administrative Information** (Estimates only)

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | **Name of Debtor(s):**<br>**Stipe, Judeann Sara** | **FORM B1**, Page 2 |
|---|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____**/s/ Judeann Sara Stipe**_____
Signature of Debtor **Judeann Sara Stipe**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**September 22, 2004**
Date

### Signature of Attorney

X **/s/ Michael J. Mongiovi**
Signature of Attorney for Debtor(s)

**Michael J. Mongiovi 62440**
Printed Name of Attorney for Debtor(s)

**Mongiovi & Mongiovi**
Firm Name

**235 North Lime Street**
**Lancaster, PA 17602-2748**
Address

**717 299-4541  Fax: 717 299-5031**
Telephone Number

**September 22, 2004**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X  **/s/ Michael J. Mongiovi**        **September 22, 2004**
Signature of Attorney for Debtor(s)        Date
**Michael J. Mongiovi**

### Exhibit C

Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C.§ 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.

# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re    **Judeann Sara Stipe** _____ ,
               Debtor

Case No. _____

Chapter _____ **7** _____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
| --- | --- | --- | --- | --- | --- |
| | | | ASSETS | LIABILITIES | OTHER |
| A - Real Property | Yes | 1 | 99,000.00 | | |
| B - Personal Property | Yes | 3 | 21,180.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 273,603.33 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | 39,271.41 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 1,860.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 5,998.00 |
| Total Number of Sheets of ALL Schedules | | 14 | | | |
| Total Assets | | | 120,180.00 | | |
| Total Liabilities | | | | 312,874.74 | |

In re   **Judeann Sara Stipe**                   ,      Case No. _____

                                             Debtor

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. (See Schedule D.) If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|:---:|---:|---:|
| **1696 Pioneer Road**<br>**Lancaster, PA  17602** | **Fee Simple - Tenants by the Entireties** | **J** | **99,000.00** | **174,726.92** |

|  |  |  |
|---|---:|---|
| Sub-Total > | **99,000.00** | (Total of this page) |
| Total > | **99,000.00** |  |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

In re   **Judeann Sara Stipe** _____,   Case No. _____

Debtor

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Wachovia account** | J | 225.00 |
| | | | **Fulton Bank Savings** | J | 200.00 |
| | | | **Belco Credit Union Savings** | J | 2.50 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Furniture, Furnishings, stereo, TVs, dishes, pots, pans, other household goods** | J | 3,750.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Compact Discs and Records** | W | 30.00 |
| | | | **Computers** | W | 150.00 |
| 6. | Wearing apparel. | | **Clothing & shoes** | W | 300.00 |
| 7. | Furs and jewelry. | | **Wedding band; engagement ring; watch; necklace; other rings** | W | 500.00 |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **AFLAC Term Life Insurance Policy** | W | 0.00 |
| | | | Sub-Total > (Total of this page) | | **5,157.50** |

 **2**   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re     **Judeann Sara Stipe**
_____,     Case No. _____
                              Debtor

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >          **0.00**
(Total of this page)

Sheet  **1**  of  **2**  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                 Best Case Bankruptcy

In re **Judeann Sara Stipe**_____ ,    Case No. _____

Debtor

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2002 Jeep Liberty automobile | W | 10,410.00 |
| | | 2001 Volvo S40 | J | 5,587.50 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | | Dog | J | 25.00 |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. | X | | | |

|  | Sub-Total > | 16,022.50 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 21,180.00 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **Judeann Sara Stipe**                                          ,          Case No. _____
                                          Debtor

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
*[Check one box]*
- ■ 11 U.S.C. §522(b)(1):     Exemptions provided in 11 U.S.C. §522(d). Note: These exemptions are available only in certain states.
- ☐ 11 U.S.C. §522(b)(2):     Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **1696 Pioneer Road** | **11 U.S.C. § 522(d)(1)** | **11,636.54** | **198,000.00** |
| **Lancaster, PA  17602** | | | |
| | | | |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Wachovia account** | **11 U.S.C. § 522(d)(5)** | **225.00** | **450.00** |
| **Fulton Bank Savings** | **11 U.S.C. § 522(d)(5)** | **200.00** | **400.00** |
| **Belco Credit Union Savings** | **11 U.S.C. § 522(d)(5)** | **2.50** | **5.00** |
| | | | |
| **Household Goods and Furnishings** | | | |
| **Furniture, Furnishings, stereo, TVs, dishes, pots, pans, other household goods** | **11 U.S.C. § 522(d)(3)** | **3,750.00** | **7,500.00** |
| | | | |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **Compact Discs and Records** | **11 U.S.C. § 522(d)(3)** | **30.00** | **30.00** |
| **Computers** | **11 U.S.C. § 522(d)(6)** | **150.00** | **150.00** |
| | | | |
| **Wearing Apparel** | | | |
| **Clothing & shoes** | **11 U.S.C. § 522(d)(3)** | **300.00** | **300.00** |
| | | | |
| **Furs and Jewelry** | | | |
| **Wedding band; engagement ring; watch; necklace; other rings** | **11 U.S.C. § 522(d)(4)** | **500.00** | **500.00** |
| | | | |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2002 Jeep Liberty automobile** | **11 U.S.C. § 522(d)(2)** | **0.00** | **10,410.00** |
| **2001 Volvo S40** | **11 U.S.C. § 522(d)(5)** | **0.00** | **11,175.00** |
| | | | |
| **Animals** | | | |
| **Dog** | **11 U.S.C. § 522(d)(3)** | **25.00** | **50.00** |

___0___   continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

Form B6D
(12/03)

In re  **Judeann Sara Stipe**                                                      Case No. _____
                                                                    ,
                                          Debtor

## SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | **First Mortgage** | | | | | |
| **ABN AMRO Mortgage Company** **2600 W. Big Beaver Road** **M0904-4700** **Troy, MI 48084-3323** | X | J | **1696 Pioneer Road** **Lancaster, PA  17602** | | | | | |
| | | | Value $                    **198,000.00** | | | | **174,726.92** | **0.00** |
| Account No. | | | **Secured lien** | | | | | |
| **Belco Credit Union** **403 North Second Street** **P.O. Box 82** **Harrisburg, PA 17108** | | W | **2002 Jeep Liberty automobile** | | | | | |
| | | | Value $                     **10,410.00** | | | | **20,902.41** | **10,492.41** |
| Account No. | | | **Secured Lien** | | | | | |
| **Chase Auto Finance** **P.O. Box 15700** **Wilmington, DE 19886** | X | J | **2001 Volvo S40** | | | | | |
| | | | Value $                     **11,175.00** | | | | **17,874.00** | **6,699.00** |
| Account No. | | | **Hypothecation Loan** | | | | | |
| **Fulton Bank** **Kmart Plaza** **1848 Fruitville Pike** **Lancaster, PA 17601** | X | J | **Property belonging to Jeff and Patti Nadu** | | | | | |
| | | | Value $                      **Unknown** | | | | **60,100.00** | **Unknown** |

  **0**   continuation sheets attached

Subtotal
(Total of this page)       **273,603.33**

Total       **273,603.33**
(Report on Summary of Schedules)

Form B6E
(04/04)

In re    **Judeann Sara Stipe**                                                                  ,          Case No. _____
                                              Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority,  listed separately by type of priority,  is to be set forth on the sheets provided.  Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**0**_____ continuation sheets attached

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

Form B6F
(12/03)

In re    **Judeann Sara Stipe**                                                                          ,     Case No. _____
                                                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5491-1300-9504-3998**<br><br>**AT&T Universal Card<br>P.O. Box 8201<br>South Hackensack, NJ 07606-8201** | | W | **Credit card purchases** | | | | 7,772.54 |
| Account No. **266830**<br><br>**Belco Credit Union (Visa)<br>403 North Second Street<br>P.O. Box 82<br>Harrisburg, PA 17108** | | W | **Credit card purchases** | | | | 6,441.46 |
| Account No. **11 50007 34169 8**<br><br>**Citi Card Visa<br>45 Congress Street<br>Salem, MA 01970** | | W | **Credit card purchases** | | | | 6,378.12 |
| Account No. **5424 1804 3295 1314**<br><br>**Citi Platinum Select Card /CitiBank (SD)<br>Box 6500<br>Sioux Falls, SD 57117** | | W | **Credit card purchases** | | | | 7,666.63 |

___2___   continuation sheets attached

Subtotal
(Total of this page)                     28,258.75

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                              S/N:27938-040428    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Judeann Sara Stipe**                                                                    ,          Case No. _____
                                                          Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4104 1300 1015 1845** <br><br> **First North American National Bank** <br> **P.O.Box 100043** <br> **Kennesaw, GA 30156-9243** | | W | Credit card purchases | | | | **2,818.97** |
| Account No. <br><br> **Hudson United Bank (Yard Card)** <br> **P.O. Box 215** <br> **Memphis, TN 38101-0215** | | W | Credit card purchases | | | | **Unknown** |
| Account No. **085-789-035-41** <br><br> **JC Penney** <br> **P.O. Box 981131** <br> **El Paso, TX 79998** | | W | Credit card purchases | | | | **2,220.11** |
| Account No. <br><br> **Jeff and Patti Nadu** <br> **204 Magnolia Drive** <br> **Holtwood, PA 17532** | | - | | | | | **Unknown** |
| Account No. **819-2339-0836312** <br><br> **Lowe's / General Electric Capital Corp.** <br> **P.O. Box 103104** <br> **Roswell, GA 30076** | | W | Credit card purchases | | | | **2,092.37** |

Sheet no. __**1**__ of __**2**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **7,131.45**

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Judeann Sara Stipe**                                    ,          Case No. _____
                                        Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **0009084338000194301**<br><br>**SCA Accounts Service Department**<br>**P.O. Box 731**<br>**Mahwah, NJ 07430** | | W | **Credit card purchases** | | | | **Unknown** |
| Account No.<br><br>**Sears**<br>**P.O. Box 182149**<br>**Columbus, OH 43218** | | W | **Credit card purchases** | | | | **1,561.65** |
| Account No. **9084 3380 0019 4301**<br><br>**Shoppers Charge Card**<br>**P.O. Box 215**<br>**Memphis, TN 38101-0215** | | W | **Credit card purchases** | | | | **1,982.56** |
| Account No. **096735998**<br><br>**The Bon Ton**<br>**P.O. Box 17598**<br>**Baltimore, MD 21297-1598** | | W | **Credit card purchases** | | | | **337.00** |
| Account No.<br><br> | | | | | | | |

Sheet no. __**2**__ of __**2**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal<br>(Total of this page) | **3,881.21** |
|---|---|---|
|  | Total<br>(Report on Summary of Schedules) | **39,271.41** |

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

In re     **Judeann Sara Stipe**                                                    ,     Case No. _____

                                                    Debtor

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:     A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate
                schedule of creditors.

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| | |

_**0**_ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

In re    **Judeann Sara Stipe**                               ,    Case No. _____

Debtor

# SCHEDULE H. CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Eric Stipe**<br>**1696 Pioneer Road**<br>**Lancaster, PA 17602**<br>   **Owned as Tenants By the Entireties** | **ABN AMRO Mortgage Company**<br>**2600 W. Big Beaver Road**<br>**M0904-4700**<br>**Troy, MI 48084-3323** |
| **Eric Stipe**<br>**1696 Pioneer Road**<br>**Lancaster, PA 17602** | **Chase Auto Finance**<br>**P.O. Box 15700**<br>**Wilmington, DE 19886** |
| **Jeff and Patti Nadu**<br>**204 Magnolia Drive**<br>**Holtwood, PA 17532** | **Fulton Bank**<br>**Kmart Plaza**<br>**1848 Fruitville Pike**<br>**Lancaster, PA 17601** |

   **0**    continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6I
(12/03)

In re   **Judeann Sara Stipe**                                                    ,   Case No. _____
                                              Debtor

# SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP<br>**Daughter**<br>**Daughter**<br>**Son** | AGE<br>**10 months**<br>**14**<br>**9** |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Unemployed** | |
| Name of Employer | | |
| How long employed | **Since July 2, 2004** | |
| Address of Employer | | |

| INCOME:  (Estimate of average  monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ **1,860.00** | $ **N/A** |
| Estimated monthly overtime | $ **0.00** | $ **N/A** |
| SUBTOTAL | $ **1,860.00** | $ **N/A** |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ **0.00** | $ **N/A** |
| b. Insurance | $ **0.00** | $ **N/A** |
| c. Union dues | $ **0.00** | $ **N/A** |
| d. Other (Specify)_____ | $ **0.00** | $ **N/A** |
| | $ **0.00** | $ **N/A** |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ **0.00** | $ **N/A** |
| TOTAL NET MONTHLY TAKE HOME PAY | $ **1,860.00** | $ **N/A** |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ **0.00** | $ **N/A** |
| Income from real property | $ **0.00** | $ **N/A** |
| Interest and dividends | $ **0.00** | $ **N/A** |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ **0.00** | $ **N/A** |
| Social security or other government assistance (Specify) _____ | $ **0.00** | $ **N/A** |
| | $ **0.00** | $ **N/A** |
| Pension or retirement income | $ **0.00** | $ **N/A** |
| Other monthly income (Specify) _____ | $ **0.00** | $ **N/A** |
| | $ **0.00** | $ **N/A** |
| TOTAL MONTHLY INCOME | $ **1,860.00** | $ **N/A** |
| TOTAL COMBINED MONTHLY INCOME   $ **1,860.00** | (Report also on Summary of Schedules) | |

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

In re    **Judeann Sara Stipe**                                              ,    Case No. _____
                                    Debtor

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐    Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) . . . . . . . . . . . . . . . . . . . . . . | $ **1,600.00** |
| Are real estate taxes included?    Yes___**X**___    No_____ | |
| Is property insurance included?    Yes___**X**___    No_____ | |
| Utilities:  Electricity and heating fuel  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ **180.00** |
| Water and sewer . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ **35.00** |
| Telephone . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ **47.00** |
| Other_____**Trash**_____ | $ **15.00** |
| Home maintenance (repairs and upkeep) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ **75.00** |
| Food  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ **700.00** |
| Clothing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ **200.00** |
| Laundry and dry cleaning . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ **200.00** |
| Medical and dental expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ **100.00** |
| Transportation (not including car payments) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ **250.00** |
| Recreation, clubs and entertainment, newspapers, magazines, etc. . . . . . . . . . . . . . . . . . . . . . . | $ **175.00** |
| Charitable contributions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ **50.00** |
| Insurance (not deducted from wages or included in home mortgage payments) | |
| Homeowner's or renter's . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ **0.00** |
| Life . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ **40.00** |
| Health . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ **0.00** |
| Auto . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ **85.00** |
| Other_____ | $ **0.00** |
| Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify)_____ . . . . . . . | $ **0.00** |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan.) | |
| Auto . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ **0.00** |
| Other_____**2002 Jeep Liberty**_____ . . . . . . . | $ **333.00** |
| Other_____**2000 Volvo**_____ . . . . . . . | $ **358.00** |
| Other_____**Fulton Bank loan**_____ . . . . . . . | $ **670.00** |
| Alimony, maintenance, and support paid to others . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ **0.00** |
| Payments for support of additional dependents not living at your home . . . . . . . . . . . . . . . . . . . | $ **0.00** |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) . . . . . . | $ **0.00** |
| Other_____**Daycare and after school care**_____ . . . . . . . | $ **825.00** |
| Other_____**Cell phone**_____ . . . . . . . | $ **60.00** |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) . . . . . . . . . . . . . . . . . . | $ **5,998.00** |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---|
| A. Total projected monthly income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $___**N/A**_____ |
| B. Total projected monthly expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $___**N/A**_____ |
| C. Excess income (A minus B) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $___**N/A**_____ |
| D. Total amount to be paid into plan each _____ . . . . . . . | $___**N/A**_____ |
| (interval) | |

# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re __Judeann Sara Stipe_____    Case No. _____

Debtor(s)    Chapter __7_____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

      I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __15__ sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date __September 22, 2004_____    Signature __/s/ Judeann Sara Stipe_____

                                              **Judeann Sara Stipe**

                                              Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Form 7
(12/03)

# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  __Judeann Sara Stipe__ _____     Case No. _____
                                             Debtor(s)          Chapter     __7__ _____

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐
State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| **$73,800.00** | **2002 - gross income from employer "AGI"** |
| **$70,698.00** | **2003 - gross income from employer "AGI"** |
| **$34,863.94** | **2004 gross income from AGI Training to date** |

**2. Income other than from employment or operation of business**

None
☐
State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$4,221.00** | **2004 gross income to date from unemployment compensation** |

2

**3. Payments to creditors**

None
☐   a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CREDITOR | DATES OF<br>PAYMENTS | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|
| **ABN AMRO Mortgage Company**<br>**2600 W. Big Beaver Road**<br>**M0904-4700**<br>**Troy, MI 48084-3323** | **07/16/04 - $1,600.00**<br>**08/16/04 - $1,600.00**<br>**09/16/04 - $1,600.00**<br>**These amounts listed were**<br>**paid by both husband and**<br>**wife.** | **$4,800.00** | **$174,726.92** |
| **Belco Credit Union**<br>**403 North Second Street**<br>**P.O. Box 82**<br>**Harrisburg, PA 17108** | **9/15/04 - $339.00**<br>**8/15/04 - $339.00**<br>**7/15/04 - $339.00**<br>**These amounts listed were**<br>**paid by both husband and**<br>**wife.** | **$1,017.00** | **$20,902.41** |
| **Chase Auto Finance**<br>**P.O. Box 15700**<br>**Wilmington, DE 19886** | **8/25/04 - $334.00**<br>**7/25/04 - $334.00**<br>**6/25/04 - $334.00**<br>**These amounts listed were**<br>**paid by both husband and**<br>**wife.** | **$1,002.00** | **$17,874.00** |
| **Fulton Bank**<br>**Kmart Plaza**<br>**1848 Fruitville Pike**<br>**Lancaster, PA 17601** | **9/7/04 - $690.26**<br>**8/7/04 - $690.26**<br>**7/7/04 - $690.26**<br>**These amounts listed were**<br>**paid by both husband and**<br>**wife.** | **$1,470.78** | **$60,100.00** |

None
■   b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND<br>RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
■   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT<br>AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY<br>AND LOCATION | STATUS OR<br>DISPOSITION |
|---|---|---|---|

None
■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE<br>BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF<br>PROPERTY |
|---|---|---|

3

**5. Repossessions, foreclosures and returns**

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
☐

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **St. Mary's Church** **119 South Prince** **Lancaster, PA 17603** | | **weekly amounts given** | **$300.00** |

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Mongiovi & Mongiovi**<br>**235 North Lime Street**<br>**Lancaster, PA 17602-2748** | **$110.00 received on 2/24/2004;**<br>**$400.00 received on 5/18/2004;**<br>**$465.00 received on 7/15/2004.** | **$975.00** |

### 10. Other transfers

None
■

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

### 11. Closed financial accounts

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Charles Schwab & Co., Inc.**<br>**101 Montgomery Street**<br>**San Francisco, CA 94104** | **Simple IRA with Charles Schwab & Co.,**<br>**Inc. - account #8520-6500** | **Approximately $5396.80;**<br>**Closed in June of 2004.** |

### 12. Safe deposit boxes

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

5

**14.  Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15.  Prior address of debtor**

None
■

If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

6

**18 . Nature, location and name of business**

None
■    a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

       If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

       If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NO. (EIN) | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|------|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
■    a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|

None
■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|------|------|

None
■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|------|

None
■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of this case by the debtor.

| NAME AND ADDRESS | DATE ISSUED |
|------|------|

**20. Inventories**

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|------|------|------|

7

None
■
b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY

NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS

## 21 . Current Partners, Officers, Directors and Shareholders

None
■
a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                    NATURE OF INTEREST                    PERCENTAGE OF INTEREST

None
■
b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS                    TITLE

NATURE AND PERCENTAGE
OF STOCK OWNERSHIP

## 22 . Former partners, officers, directors and shareholders

None
■
a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                    ADDRESS                    DATE OF WITHDRAWAL

None
■
b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                    TITLE                    DATE OF TERMINATION

## 23 . Withdrawals from a partnership or distributions by a corporation

None
■
If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS
OF RECIPIENT,
RELATIONSHIP TO DEBTOR

DATE AND PURPOSE
OF WITHDRAWAL

AMOUNT OF MONEY
OR DESCRIPTION AND
VALUE OF PROPERTY

## 24. Tax Consolidation Group.

None
■
If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six-year period** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                    TAXPAYER IDENTIFICATION NUMBER

## 25. Pension Funds.

None
■
If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of the case.

NAME OF PENSION FUND                    TAXPAYER IDENTIFICATION NUMBER

8

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.


Date  **September 22, 2004**                              Signature    **/s/ Judeann Sara Stipe**

                                                                                                          **Judeann Sara Stipe**
                                                                                                          Debtor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

Official Form 8
(12/03)

# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **Judeann Sara Stipe** _____    Case No. _____

_____    Chapter  **7** _____
Debtor(s)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1.    I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2.    I intend to do the following with respect to the property of the estate which secures those consumer debts:

      *a.  Property to Be Surrendered.*

**Description of Property**                           **Creditor's name**
**-NONE-**

      *b.  Property to Be Retained*                          *[Check any applicable statement.]*

| | Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| **1.** | **1696 Pioneer Road Lancaster, PA  17602** | **ABN AMRO Mortgage Company** | **Debtor will retain collateral and continue to make regular payments.** | | |
| **2.** | **2002 Jeep Liberty automobile** | **Belco Credit Union** | **Debtor will retain collateral and continue to make regular payments.** | | |
| **3.** | **2001 Volvo S40** | **Chase Auto Finance** | **Debtor will retain collateral and continue to make regular payments.** | | |
| **4.** | **Property belonging to Jeff and Patti Nadu** | **Fulton Bank** | **Debtor will retain collateral and continue to make regular payments.** | | |

Date  **September 22, 2004** _____    Signature    **/s/ Judeann Sara Stipe** _____
                                                       **Judeann Sara Stipe**
                                                       Debtor

ABN AMRO Mortgage Company
2600 W. Big Beaver Road
M0904-4700
Troy, MI 48084-3323


AT&T Universal Card
P.O. Box 8201
South Hackensack, NJ 07606-8201


Belco Credit Union
403 North Second Street
P.O. Box 82
Harrisburg, PA 17108


Belco Credit Union (Visa)
403 North Second Street
P.O. Box 82
Harrisburg, PA 17108


Chase Auto Finance
P.O. Box 15700
Wilmington, DE 19886


Citi Card Visa
45 Congress Street
Salem, MA 01970


Citi Platinum Select Card /CitiBank (SD)
Box 6500
Sioux Falls, SD 57117


First North American National Bank
P.O.Box 100043
Kennesaw, GA 30156-9243


Fulton Bank
Kmart Plaza
1848 Fruitville Pike
Lancaster, PA 17601

Hudson United Bank (Yard Card)
P.O. Box 215
Memphis, TN 38101-0215


JC Penney
P.O. Box 981131
El Paso, TX 79998


Jeff and Patti Nadu
204 Magnolia Drive
Holtwood, PA 17532


Lowe's / General Electric Capital Corp.
P.O. Box 103104
Roswell, GA 30076


SCA Accounts Service Department
P.O. Box 731
Mahwah, NJ 07430


Sears
P.O. Box 182149
Columbus, OH 43218


Shoppers Charge Card
P.O. Box 215
Memphis, TN 38101-0215


The Bon Ton
P.O. Box 17598
Baltimore, MD 21297-1598