UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN GRAPHICS INSTITUTE, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>ACQUIRED LEARNING, INC., JUDEANN STIPE, DEAN NOVOSAT, CLARK EDWARDS, SAGE ADVICE, LTD. and CARL LEINBACH,<br><br>    Defendants. | Civil Action No. 05-11857 JLT |

## NOTICE OF APPEARANCE FOR F. JAMES COE

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF MASSACHUSETTS:

    Please enter an appearance for the following attorney for the plaintiff American Graphics

Institute, Inc. in the above entitled action:

    F. James Coe (BBO No. 644705)
    Hamilton, Brook, Smith & Reynolds, P.C.
    530 Virginia Road
    P.O. Box 9133
    Concord, Massachusetts 01742-9133
    (978) 341-0036

                                      AMERICAN GRAPHICS INSTITUTE, INC.

                                      By its attorneys,

Dated: November 29, 2006         /s/ F. James Coe
                                      John L. DuPré   (BBO No. 549659)
                                      David J. Brody   (BBO No. 058200)
                                      Giovanna H. Fessenden (BBO No. 654681)
                                      F. James Coe (BBO No. 644705)
                                      Hamilton, Brook, Smith & Reynolds, P.C.
                                      530 Virginia Road
                                      P.O. Box 9133
                                      Concord, Massachusetts 01742-9133
                                      Telephone: (978) 341-0036

                                        <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on November 29, 2006.

                                        /s/ F. James Coe
                                        F. James Coe