UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN GRAPHICS INSTITUTE, INC., | : |
| Plaintiff, | : Civil Action No. 05-11857-JLT |
| v. | : |
| ACQUIRED LEARNING, INC., JUDEANN STIPE, DEAN NOVOSAT, CLARK EDWARDS, SAGE ADVICE, LTD., and CARL LEINBACH, | : |
| Defendants | : |

**DEFENDANTS' ACQUIRED LEARNING, INC., JUDEANN STIPE, DEAN NOVOSAT, AND SAGE ADVICE, LTD.S' MOTION FOR AN EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT.**

COMES NOW, the Defendants Acquired Learning, Inc. Judeann Stipe, Dean Novosat, and Sage Advice, LTD. who hereby file this Motion for an extension of time to file their response to Plaintiff's Motion for Summary Judgment and in support thereof, states:

1. This Honorable Court's Clerk has informed Defendants that the Court requires a response to a Motion for Summary judgment be filed in Fourteen days (14) from the time the Motion was filed.

2. Defendants are in the process of replying to Plaintiff's lengthy and detailed Motion.

3. Defendants are waiting for responses to discovery requests made to Plaintiff that will assist Defendants in their reply to the Motion for Summary Judgment.

FROM : Sage Advice Ltd.          PHONE NO. : 7173909995          Dec. 01 2006 04:32PM P3

4. Defendants are mindful of this Court's preference that Motions be dealt with promptly and will take all steps possible to reply to the Plaintiff's Motion for Summary Judgment as quickly as Defendants can accurately do so.

5. Defendants request an extension of time to reply to Plaintiff's Motion for Summary Judgment in an amount of Fourteen (14) days from the date that Plaintiff replies to Defendants' first set of discovery requests.

6. If this Court is unable to grant the request in Paragraph 5 of this Motion, Defendants' request in the alternative that this Court grant Defendants an extension of Fourteen (14) days from the date that Defendants' reply to Plaintiff's Motion for Summary Judgment is currently due.

WHEREFORE, in consideration of the foregoing, Defendants respectfully request additional time to file their reply to Plaintiff's Motion for Summary Judgment, in an amount of Fourteen (14) days from the time Plaintiff replies to Defendants' first set of discovery requests, or in the alternative (14) days from the date that Defendants' reply to Plaintiff's Motion for Summary Judgment is currently due.

Dated: 12/1/06

_Judeann Stipe_
Judeann Stipe, Pro Se Defendant
and on behalf of Defendants
Acquired Learning, Inc. and Sage
Advice, Ltd.

_grunt_
Dean Novosat, Pro Se Defendant
and on behalf of Defendants
Acquired Learning, Inc. and Sage
Advice, Ltd.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Defendants' Motion for an extension of time to reply to Plaintiff's Motion for Summary Judgment was served this __1__ day of December, 2006 upon the following:

> Giovanna H. Fessenden, Esquire
> Hamilton, Brook, Smith & Reynolds, P.C.
> 530 Virginia Road
> P.O. Box 9133
> Concord, MA  01742-9133

_____
Judeann Stipe

_____
Dean Novosat