UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN GRAPHICS INSTITUTE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ACQUIRED LEARNING, INC., JUDEANN STIPE, DEAN NOVOSAT, CLARK EDWARDS, SAGE ADVICE, LTD., and CARL LEINBACH, <br><br> Defendants | Civil Action No. 05-11857-JLT |

## NOTICE OF APPEARANCE

TO THE CLERK:

    Please enter my appearance as local counsel for the defendants Acquired Learning, Inc., Judeann Stipe, Dean Novosat and Sage Advice, Ltd. in the above-captioned matter.

Dated: December 15, 2006

/s/ Steven T. Sager
Steven T. Sager, BBO No. 548777
Lauren K. Perry, BBO No. Pending
Sager & Schaffer LLP
182 Turnpike Road, Suite 250
Westborough, MA  01581
(508) 898-9900

Local Counsel for the Defendants Acquired Learning, Inc., Judeann Stipe, Dean Novosat and Sage Advice, Ltd.