UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN GRAPHICS INSTITUTE, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ACQUIRED LEARNING, INC., )<br>JUDEANN STIPE, DEAN NOVOSAT, )<br>CLARK EDWARDS, SAGE ADVICE, )<br>LTD., and CARL LEINBACH, )<br>)<br>Defendants ) | Civil Action No. 05-11857-JLT |

### MOTION FOR SPECIAL ADMISSION *PRO HAC VICE* OF RONALD H. POLLOCK, ESQUIRE, DONALD R. GEITER, ESQUIRE, AND JOSHUA G. PARSONS, ESQUIRE

Acquired Learning, Inc., Judeann Stipe, Dean Novosat, and Sage Advice, Ltd., defendants in the above captioned action, by and through local counsel, hereby move that Ronald H. Pollock, Jr, Esquire, Donald R. Geiter, Esquire, and Joshua G. Parsons, Esquire, be admitted to appear *PRO HAC VICE* in the above captioned proceeding as counsel for Defendants Acquired Learning, Inc., Judeann Stipe, Dean Novosat, and Sage Advice, Ltd. The proposed admittees respectfully certify as follows:

1.  Ronald H. Pollock, Jr., Donald R. Geiter, and Joshua G. Parsons are members of the law firm of Barley Snyder, LLC, in Lancaster Pennsylvania which has no members of the bar of the United States District Court for the District of Massachusetts.

2. Ronald H. Pollock, Jr., is a member in good standing of the bar of the Commonwealth of Pennsylvania, the U.S. District Court for the Eastern District of Pennsylvania, and the U.S. District Court for the Middle District of Pennsylvania.

3. Donald R. Geiter is a member in good standing of the bars of the Commonwealth of Pennsylvania, the State of Massachusetts, and the United States District Court for the Middle District of Pennsylvania.

4. Joshua G. Parsons is a member in good standing of the bar of the Commonwealth of Pennsylvania and the United States District Court for the Middle District of Pennsylvania..

5. The proposed admittees have never been disbarred, suspended, or denied admission to practice in any Court, and no disciplinary proceedings are pending against any of the admittees.

6. The proposed admittees have obtained a copy of and are familiar with the Local Rules of this Court. Ronald H. Pollock, Jr., Donald R. Geiter, and Joshua G. Parsons agree to be subject to the jurisdiction of this Court, the Massachusetts Code of Professional Responsibility, the Federal Rules of Civil Procedure, and the Local Rules of this Court.

7. An appearance has already been entered by Steven T. Sager, Esquire, a member of the bar of the United States District Court for the District of Massachusetts, to serve as local counsel to assist the proposed admittees.

8. Defendants Acquired Learning, Inc., Judeann Stipe, Dean Novosat, and Sage Advice, Ltd. desire the proposed admittees to serve as counsel because of their proximity to Defendants in Lancaster, Pennsylvania.

9. It is understood that admission *PRO HAC VICE* does not constitute formal admission to the bar of the United States District Court for the District of Massachusetts.

WHEREFORE, the undersigned moves your Honorable Court to specially admit Ronald H. Pollock, Jr., Donald R. Geiter, and Joshua G. Parsons to the Bar of the United States District Court for the District of Massachusetts for purposes limited to the above captioned action.

Respectfully submitted,

Dated: December 15, 2006

/s/ Steven T. Sager
Steven T. Sager, BBO No. 548777
Lauren K. Perry, BBO No. Pending
Sager & Schaffer LLP
182 Turnpike Road, Suite 250
Westborough, MA  01581
(508) 898-9900

Local Counsel for the Defendants Acquired Learning, Inc., Judeann Stipe, Dean Novosat and Sage Advice, Ltd.


/s/ Ronald H. Pollock, Jr.
/s/ Donald R. Geiter
/s/ Joshua G. Parsons
Ronald H. Pollock, Jr., PA I.D. No. 52586
Donald R. Geiter, PA I.D. No. 202629
Joshua G. Parsons, PA I.D. No. 203211
126 East King Street
Barley Snyder LLC
126 East King Street
Lancaster, PA  17602-2893
(717) 299-5201

Counsel for the Defendants Acquired Learning, Inc., Judeann Stipe, Dean Novosat and Sage Advice, Ltd.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN GRAPHICS INSTITUTE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ACQUIRED LEARNING, INC., JUDEANN STIPE, DEAN NOVOSAT, CLARK EDWARDS, SAGE ADVICE, LTD., and CARL LEINBACH, <br><br> Defendants | Civil Action No. 05-11857-JLT |

## **ORDER**

**AND NOW**, this _____ day of _____, 2006, upon consideration of the Motion for Admission *Pro Hac Vice*, it is hereby Ordered that Ronald H. Pollock, Jr., Esquire, Donald R. Geiter, Esquire, and Joshua G. Parsons, Esquire, are specially admitted to the Bar of this Court, for purposes of actions involving the Defendants, Acquired Learning, Inc., Judeann Stipe, Dean Novosat, and Sage Advice, Ltd.

BY THE COURT:

_____
J.