| | |
|---|---|
| AMERICAN GRAPHICS INSTITUTE, INC., <br> Plaintiff, | UNITED STATES DISTRICT COURT <br> DISTRICT OF MASSACHUSETTS |
| v. | Civil Action No. 05-11857 JLT |
| ACQUIRED LEARNING, INC.; JUDEANN STIPE; DEAN NOVOSAT; CLARK EDWARDS; SAGE ADVICE, LTD. and CARL LEINBACH, <br> Defendants. | |

### AFFIDAVIT OF KENNETH KENNEDY

COMMONWEALTH OF PENNSYLVANIA  :
                              :  SS:
COUNTY OF LANCASTER           :

This day personally appeared before me the undersigned, Kenneth Kennedy, after being first duly sworn, and states as follows:

1. My name is Kenneth Kennedy, Information Technology Manager for Barley Snyder, LLC.

2. On or about December 4, 2006, a member of my staff contacted American Graphic Institute, Inc. ("AGI") to inquire as to training for a new employee in Adobe Acrobat.

3. In reply, we were given marketing information and a proposal.

4. AGI no longer offered the Acrobat 7.0 classes as they had upgraded their classes to 8.0.

5. As such, Barley Snyder did not enter into a business arrangement with AGI.

6. I am unaware as to the exact nature of the alleged August 31, 2006 inquiry. I believe it may have been the initial inquiry for which the December 4, 2006 communication was a follow-up.

7.   I have never received any information that I was informed or believe to have been confidential in the course of my communications with AGI, nor was I asked to sign a confidentiality agreement.

8.   This routine inquiry was not communicated to Ronald Pollock, Esquire, Donald Geiter, Esquire or Joshua Parsons, Esquire, or any attorney at the firm, nor would there have been such an expectation in the ordinary course of business.

_____
Kenneth Kennedy

Sworn to and Subscribed
before me this  19  day
of  December , 2006.

_____
Amy Hartranft

Notary Public

```
COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Amy Hartranft, Notary Public
City Of Lancaster, Lancaster County
My Commission Expires Sept. 19, 2010
```
Member, Pennsylvania Association of Notaries