UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| AMERICAN GRAPHICS INSTITUTE, INC., <br> Plaintiff, <br><br> v. <br><br> ACQUIRED LEARNING, INC., JUDEANN STIPE, DEAN NOVOSAT, CLARK EDWARDS, SAGE ADVICE, LTD., and CARL LEINBACH, <br><br> Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 05-11857-JLT |

**MOTION OF DEFENDANTS JUDEANN STIPE, DEAN NOVOSAT, ACQUIRED LEARNING INC., AND SAGE ADVICE, LTD. TO SET ASIDE DEFAULT JUDGMENT AGAINST ACQUIRED LEARNING INC., AND SAGE ADVICE, LTD.**

Pursuant to Fed.R.Civ.P. 55(c), which provides that "[f]or good cause shown the court may set aside an entry of default and, if a judgment by default has been entered, may likewise set it aside in accordance with Rule 60(b)," Defendants Acquired Learning, Inc. Judeann Stipe, Dean Novosat, and Sage Advice, Ltd., hereby move that the default judgments against Acquired Learning, Inc., and Sage Advice, Ltd. be set aside.

Dated: December 28, 2006

Respectfully submitted,

/s/ Steven T. Sager
Steven T. Sager, BBO No. 548777
Lauren K. Perry , BBO No. 666298
Sager & Schaffer LLP
182 Turnpike Road, Suite 250
Westborough, MA 01581
 (508) 898-9900

Local Counsel for the Defendants Acquired Learning, Inc., Judeann Stipe, Dean Novosat and Sage Advice, Ltd.

|  |  |
|---|---|
| **Certificate of Service**<br><br>I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 28th day of December, 2006<br><br>/s/ Steven T. Sager<br>Steven T. Sager | /s/ Ronald H. Pollack, Jr.<br>Ronald H. Pollock, Jr., PA I.D. No. 52586<br>Donald R. Geiter, PA I.D. No. 202629<br>Joshua G. Parsons, PA I.D. No. 203211<br>126 East King Street<br>Barley Snyder LLC<br>126 East King Street<br>Lancaster, PA 17602-2893<br>(717) 299-5201<br><br>Counsel for the Defendants Acquired Learning, Inc., Judeann Stipe, Dean Novosat and Sage Advice, Ltd. |

## CERTIFICATION OF CONFERENCE
## PURSUANT TO LOCAL RULE 7.1(2)

Pursuant to Local Rule 7.1(2), Steven T Sager, local counsel for the defendants in the above captioned matter, certifies and affirms that, before the filing of this motion, Ronald H. Pollock, Jr., on behalf of the moving parties, conferred with Giovanna H. Fessenden, on behalf of the plaintiffs, in a good faith attempt to resolve or narrow the issues set forth in the Motion of Defendants Judeann Stipe, Dean Novosat, Acquired Learning Inc. and Sage Advice, LTD. to Set Aside Default Judgment Against Acquired Learning Inc., and Sage Advice, Ltd.

/s/ Steven T. Sager
Steven T. Sager